# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>RONALD S. JONES,<br>    Debtor.<br>------------------------------------------<br>TOYOTA LEASE TRUST,<br>    Movant,<br>        v.<br>RONALD S. JONES,<br>    Respondent. | Case No. 17-22147-GLT<br><br>Chapter 7<br><br>Related to Doc. Nos. 73, 74<br><br>Doc. No. ____<br><br>Response Deadline:  March 6, 2019<br><br>Hearing:  March 21, 2019 at 10:00 AM |

### CERTIFICATE OF SERVICE OF MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO MOTION FOR RELIEF FROM STAY

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 6, 2019.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: electronic notification via NEF on the parties identified on the attached list.

EXECUTED ON:  March 6, 2019

  /s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA  15222
(412) 925-8194 tel
(412) 346-1035 fax
apr@robletolaw.com

**17-22147-GLT Notice will be electronically mailed to:**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Samuel R. Grego on behalf of Creditor Terri Patak
gregos@dmclaw.com

Samuel R. Grego on behalf of Plaintiff Terri Patak
gregos@dmclaw.com

Samuel R. Grego on behalf of Spec. Counsel Samuel R. Grego
gregos@dmclaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Aurelius P. Robleto on behalf of Debtor Ronald S. Jones
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com

Aurelius P. Robleto on behalf of Defendant Ronald S. Jones
apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com

Robert Shearer
information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com

Robert Shearer on behalf of Trustee Robert Shearer
information@robertshearer.com, rshearer@ecf.epiqsystems.com;rspclaw@gmail.com

Robert Shearer on behalf of Trustee Robert Shearer
information@robertshearer.com, g33605@notify.cincompass.com

James Warmbrodt on behalf of Creditor Toyota Motor Credit Corporation, as servicer for Toyota Lease Trust
bkgroup@kmllawgroup.com