FILED
3/18/19 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

RONALD S. JONES,

      Debtor.

-------------------------------------------

TOYOTA LEASE TRUST,

      Movant,

          v.

RONALD S. JONES,

      Respondent.

Case No. 17-22147-GLT

Chapter 7

Related to Doc. Nos. 73, 74 **& 76**

Doc. No. _____

Response Deadline:  March 6, 2019

Hearing:  March 21, 2019 at 10:00 AM

## ORDER GRANTING MOTION FOR AN EXTENSION OF TIME
## WITHIN WHICH TO RESPOND TO MOTION FOR RELIEF FROM STAY

Upon consideration of the referenced Motion for an extension of time (the "*Motion*")

within which to respond to the Motion of Toyota Lease Trust for relief from the automatic stay,

and notice appearing appropriate and good cause appearing therefor, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Debtor shall be permitted a two-day extension of time within which to

respond to the Motion for relief from stay from March 6, 2019 to March 8, 2019; and it is further

ORDERED that this Court shall retain jurisdiction over the interpretation and

enforcement of this Order.

_____

Gregory L. Taddonio,   **drb**
United States Bankruptcy Judge

DATED:  March 18, 2019

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 17-22147-GLT
Ronald S. Jones                                                             Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1          Date Rcvd: Mar 18, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
db              +Ronald S. Jones,    3307 Waterford Drive,    Pittsburgh, PA 15238-1151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Defendant Ronald S. Jones apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Debtor Ronald S. Jones apr@robletolaw.com,  rmk@robletolaw.com,
               ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation, as servicer for
               Toyota Lease Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert  Shearer    information@robertshearer.com,  rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Robert  Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
               g33605@notify.cincompass.com
              Samuel R. Grego    on behalf of Creditor Terri  Patak gregos@dmclaw.com
              Samuel R. Grego    on behalf of Plaintiff Terri  Patak gregos@dmclaw.com
              Samuel R. Grego    on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com
                                                                                      TOTAL: 10