FILED
4/4/19 10:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald S. Jones <br>                                Debtor(s) | BK. NO. 17-22147 GLT |
| Toyota Lease Trust <br>                                Movant <br>       v. <br> Ronald S. Jones <br>                                Respondent <br>                                and <br> Robert Shearer Esq., Trustee <br>                                Additional Respondent | CHAPTER 7 <br><br><br> Related to Docket no. 79 |

## **DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

        This __4th__ day of __April__, 2019, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

        **ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Sections 362 (d) with respect to vehicle, 2015 LEXUS CT200H , VIN: JTHKD5BH8F2214579, .

        Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

                                                                   _____
                                                                   United States Bankruptcy Judge

cc:       James C. Warmbrodt, Esquire
            jwarmbrodt@kmllawgroup.com
            KML Law Group, P.C.
            BNY Independence Center
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Ronald S. Jones
         Debtor

Case No. 17-22147-GLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: mgut                    Page 1 of 1                  Date Rcvd: Apr 04, 2019
                               Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
db             +Ronald S. Jones,    3307 Waterford Drive,    Pittsburgh, PA 15238-1151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Defendant Ronald S. Jones apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Debtor Ronald S. Jones apr@robletolaw.com, rmk@robletolaw.com,
               ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation, as servicer for
               Toyota Lease Trust bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert Shearer    information@robertshearer.com,    rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Robert Shearer    on behalf of Trustee Robert    Shearer information@robertshearer.com,
               g33605@notify.cincompass.com
              Samuel R. Grego    on behalf of Creditor Terri    Patak gregos@dmclaw.com
              Samuel R. Grego    on behalf of Plaintiff Terri    Patak gregos@dmclaw.com
              Samuel R. Grego    on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com
                                                                                               TOTAL: 10