IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>RONALD S. JONES,<br>    Debtor.<br>------------------------------------------------<br>AURELIUS ROBLETO and<br>ROBLETO LAW, PLLC,<br>    Movants,<br>    v.<br>RONALD S. JONES,<br>    Respondent. | Case No. 17-22147-GLT<br><br>Chapter 7<br><br><br>Related to Doc. Nos. 1 and 55<br><br>Doc. No. ____ |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Aurelius Robleto and Robleto Law, PLLC hereby seek leave to withdraw as counsel to Ronald S. Jones, the Debtor in the referenced proceeding, as follows:

1.    On May 22, 2017, the Debtor commenced the above-captioned case by filing a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code. *Doc. No.* 1.

2.    On June 14, 2017, the Debtor filed his Certification About a Financial Management Course. *Doc. No.* 12.

3.    On July 26, 2018, this Court authorized the Movants to substitute as counsel to the Defendant. *Doc. No.* 55.

4.    This chapter 7 case remains opened, pending the resolution of two adversary proceedings. The first of those was filed by a creditor, Terri Patak (the *"Patak Case"*). *Doc. No.* 42. The second adversary was filed by chapter 7 trustee, Robert Shearer (the *"Trustee's Case"*). *Doc. No.* 93.

5.    The Movants have entered an appearance on behalf of the Debtor in the Patak Case.

6. The Movants have not entered an appearance on behalf of the Debtor in the Trustee's Case. Moreover, the Movants' agreement with the Debtor does not require the Movants to represent the Debtor in the Trustee's Case.

7. On May 14, 2019, this Court in the Patak Case entered an Order rescheduling the dates of the final pretrial conference and first trial dates to August 13, 2019 and August 26, 2019, respectively. *Doc. No.* 86.

8. Professional considerations now require the Movants to seek leave to withdraw as counsel to Defendant in the referenced case.

WHEREFORE, the Movants respectfully request an Order, substantially in the form attached hereto, authorizing the withdrawal of counsel.

Dated: May 31, 2019                             Respectfully submitted:


 /s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
(412) 925-8194
(412) 346-1035 Facsimile
apr@robletolaw.com