Case 17-22147-GLT    Doc 107    Filed 07/03/19    Entered 07/03/19 16:02:06    Desc Main
Document    Page 1 of 1

FILED
7/3/19 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: : Case No.: 17-22147-GLT
: Chapter: 7
Ronald S. Jones :
:
: Date: 7/3/2019
Debtor(s). : Time: 01:30

### PROCEEDING MEMO

**MATTER:** #98 - Motion to Withdraw as Attorney Filed by Robleto Law
[Response due 6/17/2019]
#102 - Response to Debtor's Counsel's Motion
Filed by Teri Patak

**APPEARANCES:**
Debtor: Aurelius P. Robleto & Glenn Bartifay
Patak: Sam Grego
Also Present: Ronald Jones

**NOTES:**

Robleto: I had concerns about the timing of the motion, but Mr. Bartifay tells me that he is up to speed already. Given that the adversary proceeding represents the bulk of the work to be done in this case, it makes sense to allow Mr. Bartifay to take over both in the adversary and in the main bankruptcy case.

Bartifay: I could be ready to proceed to trial under the current orders, but I would also not object to a continuance of another 30 days if you felt inclined to do so. I would also ask for two additional weeks to respond to the motion to compel.

Grego: When we filed our response to Mr. Robleto's motion, Mr. Bartifay was not involved. On the motion to compel, the hearing is currently scheduled for July 19, and we would not object to extending the time to respond, but we would want to keep the hearing date on. We are amenable to extension of time sought by Mr. Bartifay.

**OUTCOME:**

1. The response deadline for the Motion to Compel [Dkt. No. 90] in the adversary is extended to July 17, 2019 (Text order to issue).

2. The Motions to Substitute Counsel [Dkt. Nos.105 & 97] are granted (O/E).

3. The Motions to Withdraw [Dkt. Nos. 98 & 88] are granted (O/E).

4. A Scheduling Order shall issue extending the deadlines an additional 30 days (Chambers to Prepare).

**DATED:** 7/3/2019