FILED
7/3/19 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 17-22147-GLT |
| RONALD S. JONES, | Chapter 7 |
| Debtor. | |
| | Related to Doc. Nos. 1 and 55 |
| AURELIUS ROBLETO and ROBLETO LAW, PLLC, | Doc. No. ____ |
| Movants, | |
| v. | Related to Docket No. 98 |
| RONALD S. JONES, | |
| Respondent. | |

**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Upon consideration of the Motion of Aurelius Robleto and Robleto Law, PLLC (collectively, "*Robleto*") to withdraw as counsel to the Debtor, Ronald S. Jones (the "*Motion*"), and notice appearing appropriate, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the appearance of Robleto on behalf of the Debtor is hereby WITHDRAWN; and it is further

~~ORDERED that any substitution counsel for the Defendant must enter an appearance on or before _____, 201_, and it is further~~

ORDERED that this Court shall retain jurisdiction over the interpretation and enforcement of this Order.

Entered: 7/3/2019

_____
Gregory L. Taddonio,
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ronald S. Jones  
     Debtor

Case No. 17-22147-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: bsil    Page 1 of 1    Date Rcvd: Jul 03, 2019  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2019.
db             +Ronald S. Jones,    3307 Waterford Drive,    Pittsburgh, PA 15238-1151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:
          Aurelius P. Robleto    on behalf of Defendant Ronald S. Jones apr@robletolaw.com,
           rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
          Aurelius P. Robleto    on behalf of Attorney   Robleto Law, PLLC apr@robletolaw.com,
           rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
          Aurelius P. Robleto    on behalf of Debtor Ronald S. Jones apr@robletolaw.com,  rmk@robletolaw.com,
           ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
          Glenn R. Bartifay    on behalf of Defendant Grace M. Betancourt-Jones gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
          Glenn R. Bartifay    on behalf of Debtor Ronald S. Jones gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
          Glenn R. Bartifay    on behalf of Defendant Ronald S. Jones gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
          James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation, as servicer for
           Toyota Lease Trust bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert   Shearer    information@robertshearer.com,   rshearer@ecf.axosfs.com;rspclaw@gmail.com
          Robert   Shearer    on behalf of Trustee Robert   Shearer information@robertshearer.com,
           g33605@notify.cincompass.com
          Samuel R. Grego    on behalf of Plaintiff Robert   Shearer gregos@dmclaw.com
          Samuel R. Grego    on behalf of Creditor Terri   Patak gregos@dmclaw.com
          Samuel R. Grego    on behalf of Plaintiff Terri   Patak gregos@dmclaw.com
          Samuel R. Grego    on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com
                                                                                                                                TOTAL: 15