FILED
7/3/19 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO. 17-22147-GLT |
| | ) | |
| RONALD S. JONES, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | Related to Docket No. 105 |
| RONALD S. JONES, | ) | |
| | ) | |
| Movant/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

**ORDER**

AND NOW, this **3rd** day of **July**, 2019, it is hereby ORDERED that the Motion to Substitute Counsel filed by Defendant Ronald S. Jones ("Debtor") is granted, and that Glenn R. Bartifay, Esquire, is substituted as counsel for Aurelius P. Roberto, Esquire, in the within matter.

_____
GREGORY L. TADDONIO,
U.S. Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Ronald S. Jones  
      Debtor

Case No. 17-22147-GLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil    Page 1 of 1    Date Rcvd: Jul 03, 2019  
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2019.
```
db             +Ronald S. Jones,    3307 Waterford Drive,    Pittsburgh, PA 15238-1151
aty            +Robleto Law, PLLC,    Three Gateway Center,    401 Liberty Avenue, Suite 1306,
                 Pittsburgh, PA 15222-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2019                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2019 at the address(es) listed below:
```
          Aurelius P. Robleto    on behalf of Defendant Ronald S. Jones apr@robletolaw.com,
           rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
          Aurelius P. Robleto    on behalf of Attorney    Robleto Law, PLLC apr@robletolaw.com,
           rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
          Aurelius P. Robleto    on behalf of Debtor Ronald S. Jones apr@robletolaw.com,  rmk@robletolaw.com,
           ecf_admin@robletolaw.com,apr@ecf.courtdrive.com
          Glenn R. Bartifay    on behalf of Defendant Grace M. Betancourt-Jones gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
          Glenn R. Bartifay    on behalf of Debtor Ronald S. Jones gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
          Glenn R. Bartifay    on behalf of Defendant Ronald S. Jones gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
          James Warmbrodt     on behalf of Creditor    Toyota Motor Credit Corporation, as servicer for
           Toyota Lease Trust bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Robert Shearer    information@robertshearer.com,   rshearer@ecf.axosfs.com;rspclaw@gmail.com
          Robert Shearer    on behalf of Trustee Robert    Shearer information@robertshearer.com,
           g33605@notify.cincompass.com
          Samuel R. Grego    on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com
          Samuel R. Grego    on behalf of Plaintiff Robert    Shearer gregos@dmclaw.com
          Samuel R. Grego    on behalf of Creditor Terri    Patak gregos@dmclaw.com
          Samuel R. Grego    on behalf of Plaintiff Terri    Patak gregos@dmclaw.com
                                                                                             TOTAL: 15
```