FILED
6/1/20 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE: : | |
| RONALD S. JONES : | BK. No. 17-22147-GLT |
| Debtor : | |
| : | Chapter No. 7 |
| FREEDOM MORTGAGE CORPORATION : | |
| Movant : | |
| v. : | Related to Doc. Nos,: 116, 117, 120 & |
| RONALD S. JONES : | 121 & 127 |
| and : | |
| ROBERT SHEARER (TRUSTEE) : | |
| Respondents : | |

### CONSENT ORDER OF COURT WITHDRAWING MOTION OF
### FREEDOM MORTGAGE CORPORATION, FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW**, this  1st Day of June  , 2020, upon consideration of the Motion for Relief from the Automatic Stay filed on behalf of FREEDOM MORTGAGE CORPORATION ("Movant") on February 25, 2020 (the "Motion for Relief") [Dkt. No. 116], the Trustee's response thereto filed on March 20, 2020 (the "Response") [Dkt. No. 120], after hearing held on April 2, 2020 and with the consent of the parties, it is hereby ORDERED that:

1. The Motion for Relief is withdrawn without prejudice.
2. The hearing scheduled for June 4, 2020 at 11:00 a.m. is cancelled.

_____
Gregory Taddonio    drb
U.S. BANKRUPTCY JUDGE

DATED:  June 01, 2020

Contested to by:

*/s/ Thomas Y. Song, Esquire*
Thomas Y. Song, Esquire
*Attorney for Movant*

*/s/ Glenn R. Bartifay, Esquire*
Glenn R. Bartifay, Esquire
*Attorney for Debtor*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-22147-GLT
Ronald S. Jones                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut              Page 1 of 1              Date Rcvd: Jun 01, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2020.
db             +Ronald S. Jones,    3307 Waterford Drive,    Pittsburgh, PA 15238-1151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2020 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Attorney    Robleto Law, PLLC apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              Glenn R. Bartifay    on behalf of Defendant Grace M. Betancourt-Jones gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              Glenn R. Bartifay    on behalf of Defendant Ronald S. Jones gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              Glenn R. Bartifay    on behalf of Debtor Ronald S. Jones gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation, as servicer for
               Toyota Lease Trust bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Robert Shearer     information@robertshearer.com,    rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Robert Shearer    on behalf of Trustee Robert    Shearer information@robertshearer.com,
               g33605@notify.cincompass.com
              Robert P. Wendt    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
              Samuel R. Grego    on behalf of Plaintiff Robert    Shearer gregos@dmclaw.com
              Samuel R. Grego    on behalf of Creditor Terri    Patak gregos@dmclaw.com
              Samuel R. Grego    on behalf of Plaintiff Terri    Patak gregos@dmclaw.com
              Samuel R. Grego    on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com
              Samuel R. Grego    on behalf of Trustee Robert    Shearer gregos@dmclaw.com
              Thomas Song    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
                                                                                             TOTAL: 17