# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO. 17-22147-GLT |
| | ) | |
| RONALD S. JONES, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| GLENN R. BARTIFAY, ESQUIRE, | ) | |
| and BARTIFAY LAW OFFICES, | ) | |
| P.C., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONALD S. JONES, | ) | |
| | ) | |
| Debtor/Respondent. | ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Motion for Withdrawal of Appearance filed on August 19, 2021, Doc. No. 136 and the Notice of Hearing filed on August 19, 2021, Doc. No. 139 was served on August 19, 2021 as follows:

By electronic mail addressed as follows:

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company,
pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com; acarr@bernsteinlaw.com

Donald R. Calaiaro on behalf of Defendant Grace M. Betancourt-Jones,
dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com; kmosur@c-vlaw.com;bhassain@c-vlaw.com; ssimmons@c-vlaw.com; mpeduto@c-vlaw.com; rfeil@c-vlaw.com; eratti@c-vlaw.com

Donald R. Calaiaro on behalf of Defendant Ronald S. Jones, dcalaiaro@c-vlaw.com, cvlaw.ecf.dcalaiaro@gmail.com; aheath@c-vlaw.com;kmosur@c-vlaw.com; bhassain@c-vlaw.com; ssimmons@c-vlaw.com; mpeduto@c-vlaw.com; rfeil@c-vlaw.com; eratti@c-vlaw.com

Judith K. Fitzgerald on behalf of Mediator Judith K. Fitzgerald, jfitzgerald@tuckerlaw.com, judge_judith_fitzgerald@yahoo.com, jrusnack@tuckerlaw.com

Samuel R. Grego on behalf of Creditor Terri Patak, gregos@dmclaw.com, rmccartney@dmclaw.com

Samuel R. Grego on behalf of Plaintiff Robert Shearer, gregos@dmclaw.com, rmccartney@dmclaw.com

Samuel R. Grego on behalf of Plaintiff Terri Patak, gregos@dmclaw.com, rmccartney@dmclaw.com

Samuel R. Grego on behalf of Spec. Counsel Samuel R. Grego, gregos@dmclaw.com, rmccartney@dmclaw.com

Samuel R. Grego on behalf of Trustee Robert Shearer, gregos@dmclaw.com, rmccartney@dmclaw.com

Mario J. Hanyon on behalf of Creditor Freedom Mortgage Corporation, wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Brian Nicholas on behalf of Creditor Toyota Motor Credit Corporation, as servicer for Toyota Lease Trust, bnicholas@kmllawgroup.com

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov

Aurelius P. Robleto on behalf of Attorney Robleto Law, PLLC, apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com, apr@ecf.courtdrive.com, G16422@notify.cincompass.com

Robert Shearer, information@robertshearer.com, rshearer@ecf.axosfs.com;rspclaw@gmail.com

Robert Shearer on behalf of Plaintiff Robert Shearer, information@robertshearer.com, g33605@notify.cincompass.com

Robert Shearer on behalf of Trustee Robert Shearer, information@robertshearer.com, rshearer@ecf.axosfs.com;rspclaw@gmail.com

Robert Shearer on behalf of Trustee Robert Shearer, information@robertshearer.com, g33605@notify.cincompass.com

Thomas Song on behalf of Creditor Freedom Mortgage Corporation, pawb@fedphe.com

Robert P. Wendt on behalf of Creditor Freedom Mortgage Corporation, pawb@fedphe.com

Bu regular mail addressed to the parties in the attached mailing matrix.

Dated: August 19, 2021                    /s/ Glenn R. Bartifay
                                                                                          GLENN R. BARTIFAY, ESQUIRE
                                                                                          Pa. Id. No. 68763
                                                                                          Attorney for Movant

                                                                                         BARTIFAY LAW OFFICES, P.C.
                                                                                         2009 Mackenzie Way, Suite 100
                                                                                         Cranberry Township, PA 16066
                                                                                         (412) 824-4011
                                                                                         gbartifay@bartifaylaw.com

```
Label Matrix for local noticing         PRA Receivables Management, LLC         Robleto Law, PLLC
0315-2                                  PO Box 41021                            Three Gateway Center
Case 17-22147-GLT                       Norfolk, VA 23541-1021                  401 Liberty Avenue, Suite 1306
WESTERN DISTRICT OF PENNSYLVANIA                                                Pittsburgh, PA 15222-1004
Pittsburgh
Thu Aug 19 13:45:01 EDT 2021

2                                       American Express                        American Express Centurion Bank
U.S. Bankruptcy Court                   PO Box 1270                             c/o Becket and Lee LLP
5414 U.S. Steel Tower                   Newark, NJ 07101-1270                   PO Box 3001
600 Grant Street                                                                Malvern  PA 19355-0701
Pittsburgh, PA 15219-2703

Capital One                             Capital One Bank (USA), N.A.            Citizens Bank Card Services
PO Box 71083                            PO Box 71083                            PO Box 42010
Charlotte, NC 28272-1083                Charlotte, NC  28272-1083               Providence, RI 02940-2010


Citizens Bank Home Equity               Internal Revenue Service                Office of the United States Trustee
P.O. Box 7000                           PO Box 7346                             Liberty Center.
Providence, RI 02940-7000               Philadelphia, PA 19101-7346             1001 Liberty Avenue, Suite 970
                                                                                Pittsburgh, PA 15222-3721


PA Department of Revenue                (p)PNC BANK RETAIL LENDING              Pacific Union Financial
Department 280946                       P O BOX 94982                           8900 Freeport Parkway, Suite 150
Harrisburg, PA 17128-0946               CLEVELAND OH 44101-4982                 Irving, TX 75063-2415


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    Synchrony Bank                          Synchrony Bank/Amazon
PO BOX 41067                            c/o PRA Receivables Management, LLC     PO Box 960013
NORFOLK VA 23541-1067                   PO Box 41021                            Orlando, FL 32896-0013
                                        Norfolk VA 23541-1021


Terri Imbarlina Patak                   Toyota Motor Credit Corporation         Verizon
744 Country Club Drive                  c/o Becket and Lee LLP                  by American InfoSource LP as agent
Pittsburgh, PA 15228-2604               PO Box 3001                             PO Box 248838
                                        Malvern  PA 19355-0701                  Oklahoma City, OK  73124-8838


Glenn R Bartifay                        Judith K. Fitzgerald                    Robert Shearer
2009 Mackenzie Way, Suite 100           Tucker Arensberg, P.C.                  5703 Brewster Lane
Cranberry Township, PA 16066-5338       1500 One PPG Place                      Erie, PA 16505-1109
                                        Pittsburgh, PA 15222-5413


Ronald S. Jones                         Samuel R. Grego
3307 Waterford Drive                    Dickie, McCamey & Chilcote, P.C.
Pittsburgh, PA 15238-1151               Suite 400, 2 PPG Place
                                        Pittsburgh, PA 15222-5491
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PNC Bank<br>PO Box 856177<br>Louisville, KY 40285-6177 | (d)PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Duquesne Light Company | (u)Freedom Mortgage Corporation | (u)Toyota Motor Credit Corporation, as servic |
| (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)Glenn R. Bartifay<br>2009 Mackenzie Way<br>Suite 100<br>Cranberry Township, PA 16066-5338 | (u)Terri Patak |

End of Label Matrix
Mailable recipients    25
Bypassed recipients     6
Total                  31