## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO. 17-22147-GLT |
| | ) | |
| RONALD S. JONES, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| GLENN R. BARTIFAY, ESQUIRE, | ) | |
| and BARTIFAY LAW OFFICES, | ) | |
| P.C., | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONALD S. JONES, | ) | |
| | ) | |
| Debtor/Respondent. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR WITHDRAWAL OF APPEARANCE AND TERMINATION OF CM/ECF RECORD**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Withdrawal of Appearance and Termination of CM/ECF Record filed on August 19, 2021, Doc. No. 136, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Hearing Notice filed on August 19, 2021, Doc. No. 139, Responses to the Motion were to be filed and served no later than September 7, 2021.

    It is hereby respectfully requested that the Proposed Order filed on August 19, 2021, Doc. No. 136-2 be entered by the Court.

Dated: September 8, 2021        /s/ Glenn R. Bartifay
                                            GLENN R. BARTIFAY, ESQUIRE
                                            Pa. Id. No. 68763
                                            Attorney for Movant

                                            BARTIFAY LAW OFFICES, P.C.
                                            2009 Mackenzie Way, Suite 100
                                            Cranberry Township, PA 16066
                                            (412) 824-4011
                                            gbartifay@bartifaylaw.com