FILED
9/9/21 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In Re:                                    )      BANKR. NO.  17-22147-GLT
                                          )
RONALD S. JONES,                          )      CHAPTER 7
                                          )
            Debtor.                       )
                                          )
_____           )
                                          )
GLENN R. BARTIFAY, ESQUIRE, )
and BARTIFAY LAW OFFICES,     )
P.C.,                                     )
                                          )      Related to Docket No. 136
            Movant,                       )
                                          )
      vs.                                 )
                                          )
RONALD S. JONES,                          )
                                          )
            Debtor/Respondent.   )

**ORDER**

      Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to
W.PA.LBR 9010-2(b), it is hereby ORDERED that Movant Glenn R. Bartifay, Esquire,
and Bartifay Law Offices, P.C. is GRANTED leave to withdraw from the above-captioned
case as counsel for Debtor/Respondent Ronald S. Jones, and the Clerk shall terminate the
corresponding CM/ECF attorney record in this case.


GREGORY L. TADDONIO,
U.S. Bankruptcy Court


**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                           Case No. 17-22147-GLT

Ronald S. Jones                                                                  Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: mgut | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald S. Jones, 3307 Waterford Drive, Pittsburgh, PA 15238-1151 |
| aty | + Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aurelius P. Robleto | on behalf of Attorney Robleto Law  PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation  as servicer for Toyota Lease Trust bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Defendant Ronald S. Jones dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Defendant Grace M. Betancourt-Jones dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

District/off: 0315-2 | User: mgut | Page 2 of 2
Date Rcvd: Sep 09, 2021 | Form ID: pdf900 | Total Noticed: 2

Glenn R. Bartifay
> on behalf of Attorney Glenn R Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
> on behalf of Debtor Ronald S. Jones gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Glenn R. Bartifay
> on behalf of Defendant Ronald S. Jones gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Judith K. Fitzgerald
> on behalf of Mediator Judith K. Fitzgerald jfitzgerald@tuckerlaw.com
> judge_judith_fitzgerald@yahoo.com,jrusnack@tuckerlaw.com

Mario J. Hanyon
> on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
> ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
> on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
> ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert Shearer
> on behalf of Plaintiff Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

Robert Shearer
> information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com

Robert Shearer
> on behalf of Trustee Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

Robert P. Wendt
> on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Samuel R. Grego
> on behalf of Trustee Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
> on behalf of Plaintiff Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
> on behalf of Creditor Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
> on behalf of Plaintiff Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
> on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com rmccartney@dmclaw.com

Thomas Song
> on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com


TOTAL: 21