FILED
1/6/22 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-22147-GLT |
| | : | Chapter: | 7 |
| Ronald S. Jones | : | | |
| | : | | |
| | : | Date: | 1/6/2022 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:** # 146 Motion to Convert Case from Chapter 7 to 11 Pursuant to 11 U.S.C. filed by the Debtor
[Response due 12/9/21]
#149 - Response filed by Trustee

**APPEARANCES**:
Debtor:    Donald R. Calaiaro/Ronald Jones
Trustee:    Robert Shearer/Samuel Grego

**NOTES:** [10:34 a.m.]

Calaiaro: I am happy to report that we have reached a resolution. I have circulated a proposed chapter 11 plan to the parties. If the Court grants the motion to convert, Mr. Jones will make a payment in a specific dollar amount over 10 years, with payments being made during the first 5 years in the plan and for 5 years after the plan. This will result in a $15,000 pot for the benefit of the unsecured creditors. The administrative expenses will be paid through the plan. We have negotiated draconian language for a potential default by Mr. Jones that provides for an automatic conversion of the case. Payment to Mr. Grego's client will be secured by a mortgage. Mr. Jones also agrees to end all litigation. We are ready to move this case on a fast track towards confirmation.

Grego: We have reached a proposed resolution. We would characterize the reversionary rights as strict but not draconian.

Calaiaro: With respect to any unresolved administrative expenses dispute, this plan resolves them and makes it moot.

Jones: I agree with Mr. Calaiaro's summation of this resolution. It is my intent to make my plan payments.

Court: So you understand the implications of what is being proposed, and you are willing to abide by the terms of a confirmed plan?

Jones: Yes, I do.

Court: This will require additional steps like attending another 341 meeting and filing monthly operating reports. Do you understand that?

Jones: Yes, I do.

Court: Subject to the prompt filing of the disclosure statement and plan, the motion to convert will be granted. I am pleased to see that there is an agreement, but I will need to look at it myself. Based on the consent of the trustee, I do find cause to convert to a chapter 11 contingent on the prompt filing of a disclosure statement and plan.

**OUTCOME:**

1. The *Motion to Convert Case from Chapter 7 to 11* [Dkt. No. 146] is GRANTED. [Chambers to Issue]

2. On or before January 17 at 4 p.m., the Debtor shall file the chapter 11 plan and the disclosure statement.

**DATED:** 1/6/2022