**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Ronald S. Jones                                                   Case No. 17-22147 GLT

Debtor(s).

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To: Clerk of Courts

   Please enter the appearance of Jodi Hause on behalf of the United States Trustee in the above captioned matter.

                                                    Respectfully Submitted,

                                                    ANDREW R. VARA
                                                    UNITED STATES TRUSTEE
                                                    Regions 3 and 9


                                    By:    /s/ Jodi L. Hause
                                           Jodi L. Hause, Trial Attorney
                                           Pennsylvania ID 90625
                                           Liberty Center, Suite 970
                                           1001 Liberty Avenue
                                           Pittsburgh, Pennsylvania 15222
                                           (412) 644-4756 Telephone
                                           Jodi.Hause@usdoj.gov