**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Ronald S. Jones** | Social Security number or ITIN  **xxx–xx–4480** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed in chapter  **7**      **5/22/17** |
| Case number:  **17–22147–GLT** | | Date case converted to chapter  **11**   **1/10/22** |

## Official Form 309E (For Individuals or Joint Debtors)

## Notice of Chapter 11 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ronald S. Jones | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3307 Waterford Drive<br>Pittsburgh, PA 15238 | |
| 4. | **Debtor's attorney**<br>Name and address | Donald R. Calaiaro<br>Calaiaro Valencik<br>938 Penn Avenue, Suite 501<br>Pittsburgh, PA 15222–3708 | Contact phone  412–232–0930<br><br>Email  dcalaiaro@c–vlaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone  412–644–2700<br><br>Date: 1/13/22 |

**For more information, see page 2 >**

Debtor **Ronald S. Jones**                                                                 Case number **17–22147–GLT**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 14, 2022 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**341 Meeting will be conducted by phone, please consult the docket or, US Trustee for call information.** |

| | | | |
|---|---|---|---|
| **7.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 4/15/22** |
| | | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **5/16/22** For a governmental unit:<br>**11/20/17** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption claimed, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 17-22147-GLT

Ronald S. Jones                                                                      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: mgut | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jan 13, 2022 | Form ID: 309E | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald S. Jones, 3307 Waterford Drive, Pittsburgh, PA 15238-1151 |
| aty | + | Aurelius P. Robleto, Robleto Kuruce, PLLC, 6101 Penn Avenue, Suite 201, Suite 1306 Pittsburgh, PA 15206-3926 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| aty | + | Jodi Hause, on Behalf of the United States Trustee, Office of the United States Trustee, Suite 960, Liberty Center, 1001 Liberty Avenue, Pittsburgh, PA 15222-3714 |
| aty | + | Judith K. Fitzgerald, Tucker Arensberg, PC, 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| aty | + | Mario J. Hanyon, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| aty | | Peter J. Ashcroft, Bernstein-Burkley, P.C., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| aty | + | Robert P. Wendt, Leopold and Associates, PLLC, 80 Business Park Drive, Suite 110, Armonk, NY 10504-1704 |
| aty | + | Robleto Law, PLLC, Three Gateway Center, 401 Liberty Avenue, Suite 1306, Pittsburgh, PA 15222-1004 |
| aty | + | Samuel R. Grego, Dickie, McCamey & Chilcote, Suite 400 2 PPG Place, Pittsburgh, PA 15222-5491 |
| aty | + | Thomas Song, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| md | + | Judith K. Fitzgerald, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| sp | + | Samuel R. Grego, Dickie, McCamey & Chilcote, P.C., Suite 400, 2 PPG Place, Pittsburgh, PA 15222-5491 |
| 14631606 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14720983 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14631609 | + | Citizens Bank Home Equity, P.O. Box 7000, Providence, RI 02940-7000 |
| 14631615 | + | Terri Imbarlina Patak, 744 Country Club Drive, Pittsburgh, PA 15228-2604 |
| 15081829 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: dcalaiaro@c-vlaw.com | Jan 13 2022 18:36:00 | Donald R. Calaiaro, Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222-3708 |
| smg | EDI: IRS.COM | Jan 13 2022 23:38:00 | Internal Revenue Service, Special Procedures Division, P.O. Box 628, Bankruptcy Section, Pittsburgh, PA 15230 |
| smg | EDI: PENNDEPTREV | Jan 13 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2022 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jan 13 2022 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2022 18:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: |

District/off: 0315-2　　　　　　　　　　　　User: mgut　　　　　　　　　　　　　　　　　　　　　Page 2 of 4

Date Rcvd: Jan 13, 2022　　　　　　　　　　Form ID: 309E　　　　　　　　　　　　　　　Total Noticed: 35

| | | | |
|---|---|---|---|
| | | | BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | |
| | | | Jan 13 2022 18:36:00    Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| 14631606 | | Email/PDF: bncnotices@becket-lee.com | |
| | | | Jan 13 2022 18:43:03    American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14720983 | | Email/PDF: bncnotices@becket-lee.com | |
| | | | Jan 13 2022 18:42:41    American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14631607 | | EDI: CAPITALONE.COM | |
| | | | Jan 13 2022 23:38:00    Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14684068 | | EDI: CAPITALONE.COM | |
| | | | Jan 13 2022 23:38:00    Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14631608 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | |
| | | | Jan 13 2022 18:36:00    Citizens Bank Card Services, PO Box 42010, Providence, RI 02940-2010 |
| 14631611 | | EDI: PENNDEPTREV | |
| | | | Jan 13 2022 23:38:00    PA Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 14631611 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | | Jan 13 2022 18:36:00    PA Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 14631613 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | | Jan 13 2022 18:36:00    PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14721078 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | | Jan 13 2022 18:36:00    PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14723119 | | EDI: PRA.COM | |
| | | | Jan 13 2022 23:38:00    Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14632244 | + | EDI: RECOVERYCORP.COM | |
| | | | Jan 13 2022 23:38:00    PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14719681 | + | EDI: RMSC.COM | |
| | | | Jan 13 2022 23:38:00    Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14631614 | | EDI: RMSC.COM | |
| | | | Jan 13 2022 23:38:00    Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 15081829 | | Email/PDF: bncnotices@becket-lee.com | |
| | | | Jan 13 2022 18:42:53    Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14701797 | | EDI: AIS.COM | |
| | | | Jan 13 2022 23:38:00    Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Freedom Mortgage Corporation |
| cr | | Terri Patak |
| cr | | Toyota Motor Credit Corporation, as servicer for T |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14631610 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14631612 | ##+ | Pacific Union Financial, 8900 Freeport Parkway, Suite 150, Irving, TX 75063-2415 |

TOTAL: 4 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

District/off: 0315-2          User: mgut          Page 3 of 4

Date Rcvd: Jan 13, 2022          Form ID: 309E          Total Noticed: 35

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2022          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aurelius P. Robleto | on behalf of Attorney Robleto Law  PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation  as servicer for Toyota Lease Trust bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Defendant Grace M. Betancourt-Jones dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Defendant Ronald S. Jones dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Ronald S. Jones dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Glenn R. Bartifay | on behalf of Defendant Ronald S. Jones gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jodi Hause, on Behalf of the United States Trustee by | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Judith K. Fitzgerald | on behalf of Mediator Judith K. Fitzgerald jfitzgerald@tuckerlaw.com judge_judith_fitzgerald@yahoo.com,jrusnack@tuckerlaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert Shearer | on behalf of Trustee Robert Shearer information@robertshearer.com  g33605@notify.cincompass.com |
| Robert Shearer | on behalf of Plaintiff Robert Shearer information@robertshearer.com  g33605@notify.cincompass.com |
| Robert P. Wendt | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Samuel R. Grego | on behalf of Plaintiff Terri Patak gregos@dmclaw.com  rmccartney@dmclaw.com |

Samuel R. Grego
                    on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com  rmccartney@dmclaw.com

Samuel R. Grego
                    on behalf of Trustee Robert Shearer gregos@dmclaw.com  rmccartney@dmclaw.com

Samuel R. Grego
                    on behalf of Plaintiff Robert Shearer gregos@dmclaw.com  rmccartney@dmclaw.com

Samuel R. Grego
                    on behalf of Creditor Terri Patak gregos@dmclaw.com  rmccartney@dmclaw.com

Thomas Song
                    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com


TOTAL: 20