FILED
1/17/2022 3:20PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-22147-GLT |
| Ronald Jones, | ) **Chapter** 11 |
|     **Debtor,** | ) **Related Document No.** |
| Ronald Jones, | ) **Hearing Date:** 02/17/22 @ 10:00 a.m. |
|     **Movant,** | ) **Response Due:** 02/03/22 |
|     **vs.** | ) |
| No Respondent. | ) **Document No.** |

### NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF Ronald Jones FOR Motion to Waive the Exhibit Requirement for the Disclosure Statement to Accompany Chapter 11 Plan of Reorganization

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **February 3, 2022** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on **February 17, 2022, at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| **Date of service:** January 17, 2022 | **BY:** /s/ Donald R. Calaiaro<br>**Donald R. Calaiaro, Esquire**<br>**PA I.D. #27538**<br>**dcalaiaro@c-vlaw.com**<br>**CALAIARO VALENCIK**<br>**938 Penn Avenue, Suite 501**<br>**Pittsburgh, PA  15222**<br>**(412) 232-0930** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-22147-GLT |
| Ronald Jones, | ) **Chapter** 11 |
| **Debtor,** | ) **Related Document No.** |
| Ronald Jones, | ) **Hearing Date:** 02/17/22 @ 10:00 a.m. |
| **Movant,** | ) **Response Due:** 02/03/22 |
| **vs.** | ) |
| No Respondent. | ) **Document No.** |

**CERTIFICATE OF SERVICE of Notice of Hearing and
Motion to Waive the Exhibit Requirement for the Disclosure Statement to
Accompany Chapter 11 Plan of Reorganization**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 17, 2022.

Attached Mailing Matrix

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:** January 17, 2022

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire
PA I.D. #27538
dcalaiaro@c-vlaw.com
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222
(412) 232-0930**

```
Label Matrix for local noticing        American Express                        American Express Centurion Bank
0315-2                                  PO Box 1270                             c/o Becket and Lee LLP
Case 17-22147-GLT                       Newark, NJ 07101-1270                   PO Box 3001
WESTERN DISTRICT OF PENNSYLVANIA                                                Malvern  PA 19355-0701
Pittsburgh
Wed Jan 12 13:53:09 EST 2022

Peter J. Ashcroft                       Glenn R Bartifay                        Donald R. Calaiaro
Bernstein-Burkley, P.C.                 2009 Mackenzie Way, Suite 100           Calaiaro Valencik
Suite 2200 Gulf Tower                   Cranberry Township, PA 16066-5338       938 Penn Avenue, Suite 501
Pittsburgh, PA 15219-1900                                                       Pittsburgh, PA 15222-3708

Capital One                             Capital One Bank (USA), N.A.            Citizens Bank Card Services
PO Box 71083                            PO Box 71083                            PO Box 42010
Charlotte, NC 28272-1083                Charlotte, NC 28272-1083                Providence, RI 02940-2010

Citizens Bank Home Equity               Judith K. Fitzgerald                    Judith K. Fitzgerald
P.O. Box 7000                           Tucker Arensberg, P.C.                  Tucker Arensberg, PC
Providence, RI 02940-7000               1500 One PPG Place                      1500 One PPG Place
                                        Pittsburgh, PA 15222-5413               Pittsburgh, PA 15222-5413

Samuel R. Grego                         Samuel R. Grego                         Mario J. Hanyon
Dickie, McCamey & Chilcote              Dickie, McCamey & Chilcote, P.C.        Brock & Scott, PLLC
Suite 400, 2 PPG Place                  Suite 400, 2 PPG Place                  302 Fellowship Road
Pittsburgh, PA 15222-5491               Pittsburgh, PA 15222-5491               Suite 130
                                                                                Mount Laurel, NJ 08054-1218

Internal Revenue Service                Internal Revenue Service                Ronald S. Jones
Special Procedures Division             PO Box 7346                             3307 Waterford Drive
P.O. Box 628                            Philadelphia, PA 19101-7346             Pittsburgh, PA 15238-1151
Bankruptcy Section
Pittsburgh, PA 15230

Brian Nicholas                          Office of the United States Trustee     PA Department of Revenue
KML Law Group, P.C.                     Liberty Center                          Department 280946
701 Market Street                       1001 Liberty Avenue, Suite 970          Harrisburg, PA 17128-0946
Suite 5000                              Pittsburgh, PA 15222-3721
Philadelphia, PA 19106-1541

(p)PNC BANK RETAIL LENDING              PRA Receivables Management, LLC         Pacific Union Financial
P O BOX 94982                           PO Box 41021                            8900 Freeport Parkway, Suite 150
CLEVELAND OH 44101-4982                 Norfolk, VA 23541-1021                  Irving, TX 75063-2413

Pennsylvania Department of Revenue      Pennsylvania Dept. of Revenue           (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Bankruptcy Division                     Department 280946                       PO BOX 41067
P.O. Box 280946                         P.O. Box 280946                         NORFOLK VA 23541-1067
Harrisburg, PA 17128-0946               ATTN. BANKRUPTCY DIVISION
                                        Harrisburg, PA 17128-0946

Aurelius P. Robleto                     Robleto Law, PLLC                       Robert Shearer
Robleto Kuruce, PLLC                    Three Gateway Center                    5703 Brewster Lane
6101 Penn Avenue                        401 Liberty Avenue, Suite 1306          Erie, PA 16505-1109
Suite 201                               Pittsburgh, PA 15222-1004
Suite 1306
Pittsburgh, PA 15206-3926
```

| | | |
|---|---|---|
| Robert Shearer<br>Robert Shearer, P.C.<br>P.O. Box 44<br>Manchester, PA 17345-0044 | Thomas Song<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| Synchrony Bank/Amazon<br>PO Box 960013<br>Orlando, FL 32896-0013 | Terri Imbarlina Patak<br>744 Country Club Drive<br>Pittsburgh, PA 15228-2604 | Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK   73124-8838 | Robert P. Wendt<br>Leopold and Associates, PLLC<br>80 Business Park Drive<br>Suite 110<br>Armonk, NY 10504-1704 | Jodi Hause, on Behalf of the United States T<br>Office of the United States Trustee<br>Suite 960, Liberty Center<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222-3714 |

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| PNC Bank<br>PO Box 856177<br>Louisville, KY 40285-6177 | (d)PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Duquesne Light Company | (u)Freedom Mortgage Corporation | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (u)Terri Patak | (u)Toyota Motor Credit Corporation, as servic | End of Label Matrix<br>Mailable recipients    38<br>Bypassed recipients     5<br>Total                  43 |