**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-22147-GLT |
| Ronald S. Jones, | ) **Chapter** 11 |
| **Debtor,** | ) |
| Ronald S. Jones, | ) **Related Document No.** 158-159 |
| **Movant,** | ) **Hearing Date:** 02/17/22 @ 10:00 a.m. |
| **vs.** | ) **Response Due:** 01/31/22 |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO EMPLOY CALAIARO VALENCIK AS COUNSEL TO THE**
**DEBTOR AND DEBTOR-IN-POSSESSION, *NUNC PRO TUNC* - Document No. 158**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-in-Possession, *Nunc Pro Tunc*** filed on January 12, 2022 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-in-Possession, *Nunc Pro Tunc*** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-in-Possession, *Nunc Pro Tunc*** were to be filed and served no later than January 31, 2022.

It is hereby respectfully requested that the Order attached to the **Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-in-Possession, *Nunc Pro Tunc*** be entered by the Court.

**Dated:** February 1, 2022

**BY:**  /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**