**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **) Case No.** 17-22147-GLT |
| | **) Chapter** 11 |
| Ronald S. Jones, | **) Related Document No.** 153 |
| **Debtor.** | **) Document No.** |

## DEBTOR'S REPORT UNDER BANKRUPTCY RULE 1019

**AND NOW**, comes the Debtor, Ronald S. Jones, by and through its attorney, Donald R. Calaiaro and Calaiaro Valencik, and presents the following:

1. The Debtor hereby incorporates his petition and schedules filed in the Chapter 7 case as the petition and schedules in this Chapter 11 case.

2. The Debtor has not acquired property after the commencement of the Chapter 11 case and before the case was converted.

3. The Debtor has not entered into or assumed executory contracts after the commencement of the Chapter 11 case and before the case was converted.

4.  The Debtor does not operate a business, therefore, he does not file monthly reports.

5. The Debtor did not incur new debt, therefore, he does not have any post petition claimants.

**Respectfully submitted,**

**DATED:  February 2, 2022**

**BY:**  /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **) Case No.** 17-22147-GLT |
| | **) Chapter** 11 |
| Ronald S. Jones, | **) Related Document No.** 153 |
| **Debtor.** | **) Document No.** |

### CERTIFICATE OF SERVICE of
### Debtor's Report Under Bankruptcy Rule 1019

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 2, 2022, 2022.

**SERVICE BY E-MAIL**:
Ronald S. Jones, 3307 Waterford Drive, Pittsburgh, PA  15238

**SERVICE BY NEF**:
Office of the United States Trustee;ustpregion03.pi.ecf@usdoj.gov

Jodi Hause, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee; jodi.hause@usdoj.gov, David.A.Berry@usdoj.GOV; Steven.W.Albright@usdoj.GOV

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Notice Electronic Filing.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: February 2, 2022

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**