FILED
2/1/22 12:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-22147-GLT |
| Ronald S. Jones, | ) |
|     **Debtor,** | ) **Chapter** 11 |
| Ronald S. Jones, | ) |
|     **Movant,** | ) **Hearing Date:** 02/17/22 @ 10:00 a.m. |
|     vs. | ) **Response Due:** 01/31/22 |
| No Respondent. | ) **Document No.** |
| |     Related to Docket No. 158 |

**ORDER APPROVING COUNSEL FOR THE DEBTOR**

    **AND NOW**, this _1st Day of February_, 2022, upon consideration of the *Application for Approval of Attorneys* **(Motion to Employ Calaiaro Valencik as Counsel to the Debtor and Debtor-in-Possession,** *Nunc Pro Tunc)* filed at Document No. 158 (the "**Application**") *is hereby* **ORDERED**, **ADJUDGED** and **DECREED** as follows:

    1. The Application is approved as of the date the Application was filed.

    2. **Donald R. Calaiaro, Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222-3708** is hereby appointed as Attorney for Debtor in this bankruptcy proceeding for the reasons set forth in the Application.

    3. Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of requisite to perform the legal services properly, the preclusion of other employment due to acceptance of this case. The customary fee, whether the imposed by the client or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

    4. Approval of any application for appointment of counsel in which certain terms of compensation are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms. Final compensation awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval of Court Order.

      5. Applicant shall serve this Order on all interested parties and file a certificate of service.

                                                            **Honorable Gregory L. Taddonio**
                                                            **United States Bankruptcy Judge**

cc: **Debtor**
**Counsel**
**Office of the U.S. Trustee**


**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 17-22147-GLT
Ronald S. Jones    Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Feb 01, 2022    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald S. Jones, 3307 Waterford Drive, Pittsburgh, PA 15238-1151 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aurelius P. Robleto | on behalf of Attorney Robleto Law  PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation  as servicer for Toyota Lease Trust bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Defendant Ronald S. Jones dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Ronald S. Jones dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Donald R. Calaiaro
    on behalf of Defendant Grace M. Betancourt-Jones dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Glenn R. Bartifay
    on behalf of Defendant Ronald S. Jones gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Jodi Hause, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Judith K. Fitzgerald
    on behalf of Mediator Judith K. Fitzgerald jfitzgerald@tuckerlaw.com
    judge_judith_fitzgerald@yahoo.com,jrusnack@tuckerlaw.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert Shearer
    on behalf of Trustee Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

Robert Shearer
    on behalf of Plaintiff Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

Robert P. Wendt
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Samuel R. Grego
    on behalf of Plaintiff Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Creditor Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Plaintiff Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Trustee Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 20