## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-22147-GLT |
| Ronald Jones, | ) **Chapter** 11 |
| **Debtor,** | ) **Related Document No. 164-165** |
| Ronald Jones, | ) **Hearing Date:** 02/17/22 @ 10:00 a.m. |
| **Movant,** | ) **Response Due:** 02/03/22 |
| **vs.** | ) |
| No Respondent. | ) **Document No.** |

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION TO WAIVE THE EXHIBIT REQUIREMENT FOR THE
### DISCLOSURE STATEMENT TO ACCOMPANY CHAPTER 11 PLAN OF
### REORGANIZATION
### - Document No. 164

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Waive the Exhibit Requirement for the Disclosure Statement to Accompany Chapter 11 Plan of Reorganization** filed on January 12, 2022 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Waive the Exhibit Requirement for the Disclosure Statement to Accompany Chapter 11 Plan of Reorganization** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Waive the Exhibit Requirement for the Disclosure Statement to Accompany Chapter 11 Plan of Reorganization** were to be filed and served no later than January 31, 2022.

It is hereby respectfully requested that the Order attached to the **Motion to Waive the Exhibit Requirement for the Disclosure Statement to Accompany Chapter 11 Plan of Reorganization** be entered by the Court.

**Dated:** February 4, 2022

**BY:**  /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**