FILED
2/7/22 9:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-22147-GLT |
| Ronald Jones, | ) **Chapter** 11 |
| **Debtor,** | ) |
| Ronald Jones, | ) **Hearing Date:** 02/17/22 @ 10:00 a.m. |
| **Movant,** | ) **Response Due:** 02/03/22 |
| **vs.** | ) |
| No Respondent. | ) Related to Docket No. 164 |

## ORDER OF COURT

**AND NOW**, this 7th Day of January, 2022, upon Motion of the Debtor, the requirement to file exhibits detailing the income and cash flow for the twelve (12) months before the Plan and twelve (12) months of income projections after the Plan is **NOT** waived. The Motion to Waive The Exhibit Requirement for the Disclosure Statement to Accompany Chapter 11 Plan of Reorganization is **DENIED.** The exhibits shall be filed before the March 3, 2022 hearing on the Disclosure Statement [Dkt. No. 168].

By the Court,

*[signature]*

Honorable Gregory L. Taddonio
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                           Case No. 17-22147-GLT
Ronald S. Jones                                                                                        Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                              User: auto                                                Page 1 of 2
Date Rcvd: Feb 07, 2022                            Form ID: pdf900                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2022:**

**Recip ID**              **Recipient Name and Address**
db                     + Ronald S. Jones, 3307 Waterford Drive, Pittsburgh, PA 15238-1151

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2022                                          Signature:                      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aurelius P. Robleto | on behalf of Attorney Robleto Law PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Defendant Ronald S. Jones dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Ronald S. Jones dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |

Case 17-22147-GLT    Doc 181    Filed 02/09/22    Entered 02/10/22 00:24:16    Desc
Imaged Certificate of Notice    Page 3 of 3

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Donald R. Calaiaro
    on behalf of Defendant Grace M. Betancourt-Jones dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Glenn R. Bartifay
    on behalf of Defendant Ronald S. Jones gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Jodi Hause, on Behalf of the United States Trustee by
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Judith K. Fitzgerald
    on behalf of Mediator Judith K. Fitzgerald jfitzgerald@tuckerlaw.com
    judge_judith_fitzgerald@yahoo.com,jrusnack@tuckerlaw.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert Shearer
    on behalf of Trustee Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

Robert Shearer
    on behalf of Plaintiff Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

Robert P. Wendt
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Samuel R. Grego
    on behalf of Plaintiff Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Creditor Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Plaintiff Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Trustee Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 20