**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE: <br> RONALD S. JONES <br><br> Freedom Mortgage Corporation, <br><br>     Movant <br><br><br><br> vs. <br><br> RONALD S. JONES, <br>     Debtor <br><br><br> United States Trustee <br>     Respondent | Case No. 17-22147-GLT <br> Chapter 11 <br><br><br> Hearing Date: 3/3/2022 <br><br> Hearing Time: 11:00 am |

**OBJECTION TO CONFIRMATION
OF DEBTOR'S CHAPTER 11  PLAN OR REORGANIZATION**

Freedom Mortgage Corporation ("Movant"), by and through its undersigned counsel, files

this *Objection to Confirmation of Debtor's Chapter 13 Plan* (Doc 166), and states as follows:

1.      The Debtor filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy

Code on May 22, 2017.

2.      Movant holds a security interest in the Debtor's real property located at 3307

Waterford Dr, Pittsburgh, PA 15238 (the "Property"), by virtue of a Mortgage which is recorded

as instrument Number 2016-35264 in Official Records of Allegheny County, Pennsylvania.  Said

Mortgage secures a Note in the amount of $275,793.00.

3.      The Debtor filed a Chapter 11 Plan of Reorganization (the "Plan") on January 18, 2022 (Doc 166).

4.      Movant Objects that there is no length of Plan listed in the proposed Plan.

5.      Movant objects to Debtor's proposed Chapter 11 Plan as Part 3.2 states that "Confirmation of this plan constitutes and adjudication the mortgage is current".

6.      Although Movant has not yet filed its proof of claim, it is anticipated that the claim will show the pre-petition arrearage due to Movant is $3,558.3. Therefore, the Movant objects to Debtor's proposed Chapter 11 Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

7.      Movant objects to any plan which proposes to pay it anything less than $3,558.3 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE: | |
| RONALD S. JONES | Case No. 17-22147-GLT |
| | Chapter 11 |
| Freedom Mortgage Corporation, | |
| Movant | Hearing Date: 3/3/2022 |
| | Hearing Time: 11:00 am |
| vs. | |
| RONALD S. JONES, | |
| Debtor | |
| United States Trustee | |
| Respondent | |

**CERTIFICATE OF SERVICE OF OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

I certify under penalty of perjury that on this day, I served or caused to be served the OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN  on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

Via CM/ECF electronic notice:

Donald R. Calaiaro, Esq.                    Office of the United States Trustee
*Counsel for Debtor*

<u>Via First Class Mail</u>:

RONALD S. JONES
3307 WATERFORD DRIVE
PITTSBURGH, PA 15238
*Debtor*

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>February 14, 2022</u>

               */s/ Mario Hanyon*
               Mario Hanyon
               (Bar No. 203993)
               Attorney for Creditor
               BROCK & SCOTT, PLLC
               302 Fellowship Road, Ste 130
               Mount Laurel, NJ 08054
               Telephone:  844-856-6646 x4560
               Facsimile:  704-369-0760
               E-Mail:  pabkr@brockandscott.com

**PAWB Local Form 7 (07/13)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>RONALD S. JONES<br><br>Freedom Mortgage Corporation,<br><br>    Movant<br><br><br><br><br>vs.<br><br>RONALD S. JONES,<br>    Debtor<br><br><br>United States Trustee<br>    Respondent | Case No. 17-22147-GLT<br>Chapter 11<br><br><br>Hearing Date: 3/3/2022<br><br>Hearing Time: 11:00 am |

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Freedom Mortgage Corporation's Objection to Confirmation of Debtor's Chapter 11 Plan and any response thereto (if any), it is:

**ORDERED AND DECREED:** that Objection to Confirmation of Debtor's Chapter 11 Plan is denied.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Court Judge