**Fill in this information to identify your case:**

Debtor 1: **Ronald S. Jones**
First Name    Middle Name    Last Name

Debtor 2 (Spouse if, filing):
First Name    Middle Name    Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **17-22147-GLT**

☐ Check if this is an amended filing

## B 104

### For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders
12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:  List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**
**American Express**
**P.O. Box 1270**
**Newark, NJ 07101**

What is the nature of the claim?    **Consumer debt**    **$1,854.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:    -
   Unsecured claim

Contact
Contact phone

**2**
**Capital One**
**PO Box 71083**
**Charlotte, NC 28272**

What is the nature of the claim?    **Consumer debt**    **$1,845.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:    -

Contact

Debtor 1  **Ronald S. Jones**  Case number *(if known)* **17-22147-GLT**

Contact phone                                      Unsecured claim

---

**3**

**Citizens Bank Card Services**
**P.O. Box 42010**
**Providence, RI 02940**

**What is the nature of the claim?**   **Business Debt**   **$7,287.25**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

---

**4**

**Citizens Bank Card Services**
**P.O. Box 42010**
**Providence, RI 02940**

**What is the nature of the claim?**   **Business debt**   **$5,361.83**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

---

**5**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

**What is the nature of the claim?**   **Business debt**   **$18,286.85**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

---

**6**

**LVNV Funding LLC**
**c/o Resurgent Capital Serivices**
**P.O. Box 10587**
**Greenville, SC 29603**

**What is the nature of the claim?**   **Credit card**   **$3,103.53**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Ronald S. Jones | Case number *(if known)* | 17-22147-GLT |

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                -
   Unsecured claim

---

**7**

**PA Department of Revenue**
**Bankruptcy Division**
**P.O. Box 280946**
**Harrisburg, PA 17128**

**What is the nature of the claim?**   **Business debt**   **$0.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                -
   Unsecured claim

---

**8**

**PNC Bank**
**PO Box 856177**
**Louisville, KY 40285**

**What is the nature of the claim?**   **Business debt**   **$10,100.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                -
   Unsecured claim

---

**9**

**Synchrony Bank/Amazon**
**P.O. Box 960013**
**Orlando, FL 32896**

**What is the nature of the claim?**   **Consumer Debt**   **$1,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
   Value of security:                -
   Unsecured claim

---

**10**

**Terri Imbarlina Patak**
**744 Country Club Drive**

**What is the nature of the claim?**   **Business debt**   **$250,000.00**

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | Ronald S. Jones | Case number *(if known)* | 17-22147-GLT |
|---|---|---|---|

Pittsburgh, PA 15228

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Contact

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

Contact phone

### Part 2:  Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Ronald S. Jones**
    **Ronald S. Jones**
    Signature of Debtor 1

X
    Signature of Debtor 2

Date  **February 23, 2022**

Date

There are no other creditors