FILED
3/4/22 4:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 17-22147-GLT |
| | : | Chapter 11 |
| **RONALD JONES**, | : | |
| | : | |
| *Debtor*. | : | Related to Dkt. No. 168 |
| | : | |

## ORDER

This matter came before the Court upon the Debtor's *Disclosure Statement dated 1/17/2022* [Dkt. No. 168]. On March 3, 2022, the Court held a hearing on the Disclosure Statement and the objections of Freedom Mortgage Co. [Dkt. No. 182], Robleto Law PLLC [Dkt. No. 184], and the U.S. Trustee [185]. In light of the deficiencies highlighted on the record, the Court is compelled to explicitly list its expectations to ensure this case gets back on track.

For the reasons stated on the record, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The status conference is **CONCLUDED**.

2. On or before **March 18, 2022** at **5 p.m**., the Debtor shall file:

    a. amended schedules; and

    b. all monthly operating reports for the period of October 2021 through February 2022 (as well as any corresponding bank statements).

3. On or before **April 4, 2022**, the Debtor shall file an amended disclosure statement.

4. The Debtor shall serve a copy of this *Order* on all parties in interest and shall file a certificate of service within three (3) business days.

Dated: March 4, 2022

GREGORY L. TADDONIO  mss
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22147-GLT |
| Ronald S. Jones | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 07, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald S. Jones, 3307 Waterford Drive, Pittsburgh, PA 15238-1151 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Ronald S. Jones apratt@c-vlaw.com   kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com |
| Aurelius P. Robleto | on behalf of Attorney Robleto Law  PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation  as servicer for Toyota Lease Trust bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Defendant Ronald S. Jones dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Ronald S. Jones dcalaiaro@c-vlaw.com |

| | |
|---|---|
| District/off: 0315-2 | Page 2 of 2 |
| Date Rcvd: Mar 07, 2022 | Total Noticed: 1 |
| User: auto | |
| Form ID: pdf900 | |

cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

**Donald R. Calaiaro**
on behalf of Defendant Grace M. Betancourt-Jones dcalaiaro@c-vlaw.com
cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

**Glenn R. Bartifay**
on behalf of Defendant Ronald S. Jones gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

**Jodi Hause**
on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

**Judith K. Fitzgerald**
on behalf of Mediator Judith K. Fitzgerald jfitzgerald@tuckerlaw.com
judge_judith_fitzgerald@yahoo.com,jrusnack@tuckerlaw.com

**Mario J. Hanyon**
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Peter J. Ashcroft**
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

**Robert Shearer**
on behalf of Trustee Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

**Robert Shearer**
on behalf of Plaintiff Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

**Robert P. Wendt**
on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

**Samuel R. Grego**
on behalf of Plaintiff Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

**Samuel R. Grego**
on behalf of Creditor Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

**Samuel R. Grego**
on behalf of Plaintiff Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

**Samuel R. Grego**
on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com rmccartney@dmclaw.com

**Samuel R. Grego**
on behalf of Trustee Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

**Thomas Song**
on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 21