**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-22147-GLT |
| | ) |
| Ronald S. Jones, | ) **Chapter** 11 |
| | ) |
| Debtor. | ) Related to Doc. No. 209,207, 206,205 |
| | ) |
| | ) Hearing Date: 5/26-/22 @ 11:00 am |
| | ) Objections Due: 5/10/22 |

**CERTIFICATE OF SERVICE OF ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT, SUMMARY OF AMENDED DISCLOSURE STATEMENT AND AMENDED DISCLOSURE STATEMENT DATED APRIL 4, 2022 and the AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED APRIL 4, 2022**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 7, 2022.

**Service by E-mail**:
Ronald S. Jones ronaldsjones3307@gmail.com and gbgracebetancourtr@gmail.com

**Service by NEF and First Class Mail**:
Jodi Hause, on Behalf of the United States Trustee by on behalf of U.S. Trustee Office of the United States Trustee, Suite 960 Liberty Center, 1001 Liberty Avenue, Pittsburgh, PA 15222; jodi.hause@usdoj.gov, David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV
Robert Shearer on behalf of Trustee Robert Shearer, 5703 Brewster Lane, Erie, PA 16505; information@robertshearer.com, rshearer@ecf.axosfs.com;rspclaw@gmail.com
Samuel R. Grego on behalf of Spec. Counsel Samuel R. Grego, Dickie, McCamey & Chilcote, Sutie 400, 2 PPG Place Pittsburgh, PA 15222; gregos@dmclaw.com, rmccartney@dmclaw.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| **Executed on:** April 7, 2022 | /s/ Donald R. Calaiaro |
| | **Donald R. Calaiaro, Esquire** |
| | **PA I.D. #27538** |
| | **dcalaiaro@c-vlaw.com** |
| | **CALAIARO VALENCIK** |
| | **938 Penn Avenue, Suite 501** |
| | **Pittsburgh, PA  15222-3708** |
| | **(412) 232-0930** |