FILED
4/29/22 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-22147-GLT |
| | : | Chapter: 11 |
| Ronald S. Jones | : | |
| | : | |
| | : | Date: 4/28/2022 |
| *Debtor(s).* | : | Time: 10:30 |

# PROCEEDING MEMO

**MATTER:** #198 - Objection to Claim No. 13 of Robleto Kuruce, PLLC
#214 - Reply to Objection to Claim Filed by Robleto Law

**APPEARANCES:**
Debtor: Donald R. Calaiaro
Robleto Kuruce: Aurelius Robleto

**NOTES:** [11:12 a.m.]

Calaiaro: [Delivers argument in support of the objection to claim by Robleto Kuruce]. This is a post-petition claim as to the Debtor. This claim is not dischargeable.

Court: I don't know that I need to hear anything more from the Debtor on this. Mr. Robleto, the issue here is whether you have the right to have an administrative priority claim against this estate.

Robleto: Initially, in our motion to substitute, we made reference to § 327.

Court: The motion to substitute was just that. It was not an employment application. [Court delivers its oral ruling on the objection to claim].

**OUTCOME:**

1. The *Objection to Claim No. 13 of Robleto Kuruce, PLLC* [Dkt. No. 198] is SUSTAINED. [Chambers to Issue].

**DATED:** 4/28/2022