FILED
4/29/22 12:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 17-22147-GLT |
| **RONALD S. JONES**, | Chapter 11 |
| *Debtor,* | |
| **RONALD S. JONES**, | |
| *Movant,* | |
| v. | Related to Dkt. No. 198 |
| **ROBLETO KURUCE, PLLC,** | |
| *Respondent.* | |

## ORDER

**AND NOW**, this 29th day of April 2022, upon consideration of the Debtor's Objection to Claim ("Objection"), and any response, and after notice and an opportunity to be heard, this Court hereby makes the following findings of fact:

    A.    The Respondent is not a pre-petition unsecured creditor of this Debtor.

    B.    The Respondent is not a pre-petition unsecured creditor of this Bankruptcy Estate.

    C.    The Respondent is a post-petition, pre-conversion creditor of the Debtor.

    D.    The Respondent filed Proof of Claim #13 on February 14, 2022, as amended, asserting a priority administrative claim in the amount of $14,755.16 allegedly for "Legal Fees, Administrative, 11 U.S.C. Section 330(a)."

  E. The Respondent's claim is not an administrative claim against the estate. 11 U.S.C. § 330(a)(1), as amended by the Bankruptcy Reform Act of 1994, does not authorize compensation awards to debtors' attorneys from estate funds, unless they are employed as authorized by § 327. <u>Lamie v. United States Trustee</u>, 540 U.S. 526, 538 (2004).

  F. Robleto Kuruce, PLLC was not approved by this Court to represent the Bankruptcy Estate.

Accordingly, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

  1. The foregoing findings of fact are incorporated herein by reference.

  2. The Objection is hereby **SUSTAINED**, as provided herein.

  3. Nothing in this Order shall impair the Respondent's ability to seek payment of its post-petition, pre-conversion fees from the Debtor. Furthermore, Debtor has acknowledged that he will not and cannot seek a discharge of the Respondent's claim for fees in this case.

Dated: April 29, 2022

                _____
                GREGORY L. TADDONIO  mss
                UNITED STATES BANKRUPTCY JUDGE

<u>Case Administrator to mail to</u>:
Debtors

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                                               Case No. 17-22147-GLT

Ronald S. Jones                                                                                                                                                                   Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                                     User: auto                                                                                            Page 1 of 2

Date Rcvd: Apr 29, 2022                                                               Form ID: pdf900                                                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

**Recip ID**             **Recipient Name and Address**
db                   + Ronald S. Jones, 3307 Waterford Drive, Pittsburgh, PA 15238-1151

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022                                                 Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Ronald S. Jones apratt@c-vlaw.com  kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com |
| Aurelius P. Robleto | on behalf of Attorney Robleto Law  PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation  as servicer for Toyota Lease Trust bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Defendant Ronald S. Jones dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Debtor Ronald S. Jones dcalaiaro@c-vlaw.com cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Donald R. Calaiaro
    on behalf of Defendant Grace M. Betancourt-Jones dcalaiaro@c-vlaw.com
    cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mped
    uto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Glenn R. Bartifay
    on behalf of Defendant Ronald S. Jones gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Judith K. Fitzgerald
    on behalf of Mediator Judith K. Fitzgerald jfitzgerald@tuckerlaw.com
    judge_judith_fitzgerald@yahoo.com,jrusnack@tuckerlaw.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert Shearer
    on behalf of Trustee Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

Robert Shearer
    on behalf of Plaintiff Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

Robert P. Wendt
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Samuel R. Grego
    on behalf of Plaintiff Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Creditor Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Plaintiff Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Trustee Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 21