FILED
5/26/22 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-22147-GLT |
| | : | Chapter: | 11 |
| Ronald S. Jones | : | | |
| | : | | |
| | : | Date: | 5/26/2022 |
| *Debtor(s).* | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**   #207 - Hearing on Disclosure Statement Dated 4/4/2022
  [Responses due 5/10/2022]
  #219 - Objection to Confirmation of Plan Dated 4/4/2022

**APPEARANCES**:
  Debtor:   Donald R. Calaiaro, Ronald Jones
  Patak:   Samuel Grego
  Freedom Mortgage:   Mario Hanyon

**NOTES:** [11:10 a.m.]

Calaiaro: I am aware of the objection made by Freedom Mortgage. Mr. Jones believes that the mortgage is now current. I do not think there is substantial argument beyond the arrearages.

Hanyon: If the loan is current, our objection would be addressed.

Court: Isn't this more of a plan objection instead of being brought at the disclosure statement phase?

Calaiaro: I'm going to file the plan as-is. I have recommended that the Debtor settle the Robleto claim before confirmation.

Court: Can you address the disparate treatment of bifurcating Ms. Patak's claim? My concern is focused on Ms. Patak having a nondischargeable claim secured by a mortgage lien while other general unsecured creditors are not afforded such treatment. I am struggling to see how this is a confirmable plan on its face.

Calaiaro: If you tell me it's not confirmable, I will go back.

Court: This is not a confirmable plan.

Calaiaro: Can I have 21 days to file an amended plan?

Grego: We'll work on this with Mr. Calaiaro.

Court: I will give the Debtor leave until June 30 to rectify the issues noted on the record. The disclosure statement is denied for the reasons stated on the record.

Calaiaro: If we redirect the distribution to all creditors, payment to Ms. Patak should not be dramatically different.

Court: There are two issues: Classification and affirmative consent to vacating the § 727 order.

**OUTCOME:**

1. For the reasons stated on the record, the *Disclosure Statement Dated 4/4/2022* [DKt. No. 207] is DENIED. [Text Order].

2. On or before June 30, 2022, the Debtor shall file a new plan and disclosure statement. [Text Order].

**DATED:**  5/26/2022