**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>RONALD S. JONES<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br><br><br><br><br>vs.<br><br>RONALD S. JONES,<br>    Debtor | Case No. 17-22147-GLT<br>Chapter 11<br><br>Hearing Date: 8/25/2022<br><br>Hearing Time: 11:00 AM<br><br>Objection Date: 8/8/2022 |

**AMENDED OBJECTION TO CONFIRMATION
OF DEBTOR'S CHAPTER 11 PLAN**

Freedom Mortgage Corporation ("Movant"), by and through its undersigned counsel, files this *Objection to Confirmation of Debtor(s)' Chapter 11 Plan* (Doc 224), and states as follows:

1.    The Debtor filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on May 22, 2017.

2.    Movant holds a security interest in the Debtor's real property located at 3307 Waterford Dr, Pittsburgh, PA 15238 (the "Property"), by virtue of a Mortgage which is recorded as instrument Number 2016-35264 in Official Records of Allegheny County, Pennsylvania. Said Mortgage secures a Note in the amount of $275,793.00.

3.    The Debtor filed a Chapter 11 Plan (the "Plan") on June 30, 2022 (Doc 224).

4. Movant filed a Proof of Claim in this case on May 16, 2022 (Claim No. 16) which lists a secured claim of $250,201.48 and pre-petition arrears of $3,993.32.

5. Movant filed an Amended Proof of claim in this case on June 28, 2022 (Claim No. 16-1) which lists a secured claim of $250,201.48 and prepetition arrears of $6,097.63.

6. Debtor's Plan includes language that Debtor disputes the existence of any arrearages and also that confirmation constitutes an adjudication that the mortgage is current.

7. Accordingly, Movant objects to Debtor's proposed Chapter 11 Plan.

8. Movant objects to any plan which proposes to pay it anything less than $6,097.63 as the pre-petition arrearage over the life of the plan.

**WHEREFORE**, Movant respectfully requests the entry of an Order which denies confirmation of the Plan unless such plan is amended to overcome the objections of Movant as stated herein, and for such other and further relief as the Court may deem just and proper.

*/s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>RONALD S. JONES<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br><br>vs.<br><br>RONALD S. JONES,<br>    Debtor | Case No. 17-22147-GLT<br>Chapter 11<br><br>Hearing Date: 8/25/2022<br><br>Hearing Time: 11:00 AM<br><br>Objection Date: 8/8/2022 |

### CERTIFICATE OF SERVICE OF AMENDED OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN

    I certify under penalty of perjury that on this day, I served or caused to be served the AMENDED OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 11 PLAN on the parties at the addresses shown below or on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice</u>:

Donald R. Calaiaro, Esq.                       *Chapter 11 Trustee*
*Counsel for Debtor*

*Bankruptcy Administrator*

<u>Via First Class Mail</u>:

RONALD S. JONES                                    *Chapter 11 Trustee*
3307 WATERFORD DRIVE
PITTSBURGH, PA 15238
*Debtor*

     If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>August 4, 2022</u>

                                                <u>*/s/Mario Hanyon*</u>
                                                Andrew Spivack, PA Bar No. 84439
                                                Matt Fissel, PA Bar No. 314567
                                                Mario Hanyon, PA Bar No. 203993
                                                Ryan Starks, PA Bar No. 330002
                                                Jay Jones, PA Bar No. 86657
                                                Attorney for Creditor
                                                BROCK & SCOTT, PLLC
                                                8757 Red Oak Boulevard, Suite 150
                                                Charlotte, NC 28217
                                                Telephone: (844) 856-6646
                                                Facsimile: (704) 369-0760
                                                E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>RONALD S. JONES<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br><br><br>vs.<br><br>RONALD S. JONES,<br>    Debtor | Case No. 17-22147-GLT<br>Chapter 11<br><br>Hearing Date: 8/25/2022<br><br>Hearing Time: 11:00 AM<br><br>Objection Date: 8/8/2022 |

**ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of Freedom Mortgage Corporation's Amended Objection to Confirmation of Debtor's Chapter 11 Plan and any response thereto (if any), it is:

**ORDERED AND DECREED:** that Objection to Confirmation of Debtor's Chapter 11 Plan is denied.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Court Judge