FILED
8/25/22 4:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-22147-GLT |
| | : | Chapter: | 11 |
| Ronald S. Jones | : | | |
| | : | | |
| | : | Date: | 8/25/2022 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

*MATTER:*       #226 - Hearing On Second Amended Disclosure Statement
                Dated 6/30/2022
                        [Objections due 8/8/2022]
                #232 - Amended Objection to Confirmation of Plan By
                        Freedom Mortgage Corporation

*APPEARANCES*:
                Debtor:    Donald R. Calaiaro, Andrew Pratt, Monica Locke, Ronald Jones
                Patak:     Tara Rice

*NOTES:* [10:47 a.m.]

Calaiaro: [Delivers argument in favor of approval for the disclosure statement].

Court: I will authorize solicitation and approve the disclosure statement. I also want to see the ballot that will be provided to class 5. I also have a markup of changes that I would like to see in the plan.

Calaiaro: May I make the changes by Tuesday August 30, 2022?

Court: Yes, that will be fine. Let's move to Freedom Mortgage's objection, albeit it is a plan objection

Calaiaro: We believe we're going to make the mortgage payment current. The problem arises from the Debtor overpaying this creditor. In fact, there is a suspense account that has almost $11,000.

Court: What is the roadblock in resolving the rights to this money in the suspense account?

Pratt: This was apparently new information for Mr. Hanyon. I'm hoping we have more clarity by the confirmation hearing.

Court: I'm prepared to provide a fast track for this if necessary.

*OUTCOME:*

1. The *Second Amended Disclosure Statement Dated 6/30/2022* [Dkt. No. 226] is APPROVED, subject to (a) the submission of an acceptable class 5 ballot; and (b) the filing of an amended plan that incorporates the changes identified by the Court. Plan solicitation shall not occur until a written order is issued unconditionally approving the disclosure statement. [Chambers to Issue].

**DATED:** 8/25/2022