**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-22147-GLT |
| Ronald S. Jones, | ) |
| **Debtor.** | ) **Chapter** 11 |

**[PROPOSED] CLASS 5 BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED JUNE 30, 2022**

Donald R. Calaiaro, Esquire, filed a Second Amended Chapter 11 Plan of Reorganization dated *June 30, 2022,* (the "Plan") for the Debtor in this case. The Court has approved a Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222-3708, telephone (412) 232-0930; fax (412) 232-3858. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in **Class 5** under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote.

A hearing on the confirmation of the plan is scheduled for _____ before Judge Gregory L. Taddonio.

Your ballot stating how you are voting on the plan must be returned by _____. The ballot must be mailed to the following address: **Donald R. Calaiaro, Esquire, Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222-3708**. If your ballot is not received by the deadline, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the plan.

In addition to casting your vote to accept or reject the plan, you may object to confirmation of the plan. If you wish to object to confirmation of the plan, you must do so by _____.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

**Dated:**                                    **Donald R. Calaiaro, Esquire**
                                              **PA ID No. 27538**
                                              **dcalaiaro@c-vlaw.com**
                                              **CALAIARO VALENCIK**
                                              **938 Penn Avenue, Suite 501**
                                              **Pittsburgh, PA  15222-3708**
                                              **(412) 232-0930**

## **ACCEPTANCE OR REJECTION OF THE PLAN**

The undersigned, _____, the holder of a **CLASS 5** claim against the

Debtor in the unpaid amoun**t** of _____ Dollars.

☐   ACCEPTS THE PLAN          ☐   REJECTS THE PLAN

# *** IMPORTANT – PLEASE READ CAREFULLY ***

As a Class 5 creditor, you have the **RIGHT TO CHOOSE YOUR TREATMENT** between Subgroup A or Subgroup B. A summary of the different treatment is provided below. However, you should consult Articles 3.5 and 7.5 of the Plan and the Disclosure Statement for the full details regarding the treatment of each Subgroup.

## PLEASE MARK ONE

☐   **I ELECT TO PARTICIPATE IN SUBGROUP A** – **THIS IS THE DEFAULT TREATMENT FOR ALL CLASS 5 CREDITORS**. All creditors who participate in this Subgroup will receive a pro-rata distribution of $15,000 to be paid over 5 years with no interest. After the conclusion of all payments, all creditors in this Subgroup may enforce any collection rights you may have to collect the unpaid amounts due.

☐   **I ELECT TO PARTICIPATE IN SUBGROUP B** – All Class 5 creditors who **VOLUNTARILY ELECT** to participate in this Subgroup will receive a pro-rata distribution of $85,000 to be paid over 10 years with no interest. Payments to this Subgroup will be secured by a mortgage. After the completion of these payments, all creditors who participate in this Subgroup will **VOLUNTARILY, CONTRACTUALLY, AND CONSENSUALLY AGREE TO DISCHARGE THE DEBTOR OF ALL OF THE UNPAID INDEBTEDNESS.**

**IF YOU DO NOT MARK AN ELECTION TO PARTICIPATE IN SUBGROUP B, YOU WILL BE PLACED IN SUBGROUP A BY DEFAULT.**

Dated:_____

Print or type name:_____

Signature:_____

DEBTOR: Ronald S. Jones

CASE NO. 17-22147-GLT

RETURN TO:

Donald R. Calaiaro, Esq.
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, Pennsylvania 15222-3708

Title (if corporation or partnership:_____

Address: _____

_____

Phone No: _____