FILED
9/12/22
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 17-22147-GLT |
| | : | |
| **RONALD S. JONES**, | : | Chapter 11 |
| | : | |
| *Debtor*. | : | Related to Doc. No. 226, 239 |
| | : | |

**ORDER (I) APPROVING DISCLOSURE
STATEMENT; (II) SETTING DEADLINES; AND
(III) SCHEDULING HEARING ON PLAN CONFIRMATION**

**AND NOW**, this 12th day of September 2022, upon consideration of the *Amended Disclosure Statement (Second) to Accompany Second Amended Chapter 11 Plan of Reorganization Dated June 30, 2022* [Dkt. No. 226] ("Amended Disclosure Statement") relating to the *Second Amended Chapter 11 Plan of Reorganization* (as amended at Dkt. No. 239, the "Plan") filed by the Debtor; and it appearing that the Court has jurisdiction over this matter; and after due notice of the filing of the *Amended Disclosure Statement*, the objection deadline, and the hearing thereon having been given; and just cause existing for the relief granted herein;

**THE COURT HEREBY FINDS**:

A. The *Amended Disclosure Statement*, subject to the Debtor incorporating the revisions noted in the *Court Markup Dated 8-25-2022 of Second Amended Chapter 11 Plan of Reorganization* [Dkt. No. 236] in his *Plan*, contains adequate information within the meaning of section 1125 of title 11 of the United States Code (the "Bankruptcy Code").

B. The form and manner of notice of the hearing on the *Amended Disclosure Statement* was adequate and complies with due process.

C. The form of the Class 5 ballot [Dkt. No. 240] is found to be appropriate under the circumstances.

**NOW THEREFORE,** it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The *Amended Disclosure Statement* is **APPROVED** for solicitation by the Debtor.

2. In accordance with section 1125 of the Bankruptcy Code and Bankruptcy Rule 3017(b), the *Amended Disclosure Statement* and *Plan* (as amended) are deemed to contain adequate information for all creditors and interest holders.

3. A hearing to consider confirmation of the *Plan* and any objections thereto (the "Confirmation Hearing") will be held on **October 27, 2022** at **11 a.m.** in Courtroom "A", 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf). Any party that seeks to present evidence or examine witnesses must attend in person.

4. Objections to confirmation of the Plan, if any, must be in writing, must state the name of the objector, its interest in the chapter 11 case, as well as state the nature of the objection and the basis therefore, and must be filed with the Court and served in a manner so as to be received by counsel to the Debtor and the United States Trustee no later than **October 20, 2022** at the following addresses:

| **Donald Calaiaro**<br>Calaiaro Valencik<br>938 Penn Ave, Suite 501<br>Pittsburgh, PA 15222<br><br>*Counsel to Debtor* | **Ronald Jones**<br><br>3307 Waterford Drive<br>Pittsburgh, PA 15238<br><br>*Debtor* | **Larry E. Wahlquist**<br>Office of the U.S. Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA  15222<br><br>*United States Trustee* |
|---|---|---|

5. The balloting deadline for voting on the *Plan* is **October 20, 2022**. All parties who are entitled to vote on the *Plan* must submit written ballots (either accepting or rejecting the *Plan*) to the Debtor's counsel at the address listed in paragraph 4 of this *Order* so that the ballot is received no later than **October 20, 2022.**

6. The Debtor shall file a Ballot Summary no later than **October 24, 2022**.

7. On or before **September 16, 2022**, the Debtor shall send a *Solicitation Package* (defined herein) to each creditor or party-in-interest who is entitled to vote on the *Plan*. The *Solicitation Package* shall include: (i) a copy of this *Order*; (ii) the solicitation version of the *Amended Disclosure Statement*; (iii) the *Plan Summary*; (iv) the *Plan*; and (v) a ballot conforming with Official Form 14 and in the form attached as Dkt. No. 240. The *Solicitation Package* shall also be served upon the United States Trustee (without a ballot). A certificate of service indicating compliance with this paragraph shall be filed with the Court within three business days of service.

D. On or before **September 16, 2022**, the Debtor shall send a *Confirmation Hearing Package* (defined herein) to all creditors and parties-in-interest pursuant to Federal Bankruptcy Rule 2002 *to the extent such parties are not recipients of the Solicitation Package*. Recipients of the *Confirmation Hearing Package* shall include each of the following:  (i) each person or entity that filed a proof of claim; (ii) each person or entity listed on the schedules (including any party to an executory contract); (iii) any party that filed a request for notice under Federal Bankruptcy Rule 2002; (iv) any known holders of claims or equity interests in the

Debtor (to the extent applicable); and (v) any other party contained on the creditors' matrix maintained by the Court. The *Confirmation Hearing Package* shall include: (i) this *Order*; (ii) the *Plan Summary*; and (iii) a notice containing: (a) a statement that the person or entity is not eligible to cast a vote on the *Plan*; and (b) instructions for requesting a copy of the *Plan* at no cost to the requesting party. A certificate of service indicating compliance with this paragraph shall be filed with the Court within three business days.

Dated: September 12, 2022

_____
GREGORY J. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22147-GLT |
| Ronald S. Jones | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 12, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

**Recip ID        Recipient Name and Address**
db          +  Ronald S. Jones, 3307 Waterford Drive, Pittsburgh, PA 15238-1151

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:**

**Name          Email Address**

Andrew Kevin Pratt
           on behalf of Debtor Ronald S. Jones apratt@c-vlaw.com  kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com

Aurelius P. Robleto
           on behalf of Attorney Robleto Law  PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas
           on behalf of Creditor Toyota Motor Credit Corporation  as servicer for Toyota Lease Trust bnicholas@kmllawgroup.com

Donald R. Calaiaro
           on behalf of Defendant Ronald S. Jones dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

Donald R. Calaiaro
           on behalf of Debtor Ronald S. Jones dcalaiaro@c-vlaw.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 12, 2022 | Form ID: pdf900 | Total Noticed: 1 |

kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

**Donald R. Calaiaro**
on behalf of Defendant Grace M. Betancourt-Jones dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com

**Glenn R. Bartifay**
on behalf of Defendant Ronald S. Jones gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

**Jodi Hause**
on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

**Judith K. Fitzgerald**
on behalf of Mediator Judith K. Fitzgerald jfitzgerald@tuckerlaw.com
judge_judith_fitzgerald@yahoo.com,jrusnack@tuckerlaw.com

**Mario J. Hanyon**
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Peter J. Ashcroft**
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

**Robert Shearer**
on behalf of Trustee Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

**Robert Shearer**
on behalf of Plaintiff Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

**Robert P. Wendt**
on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

**Samuel R. Grego**
on behalf of Plaintiff Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

**Samuel R. Grego**
on behalf of Creditor Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

**Samuel R. Grego**
on behalf of Plaintiff Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

**Samuel R. Grego**
on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com rmccartney@dmclaw.com

**Samuel R. Grego**
on behalf of Trustee Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

**Thomas Song**
on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 21