# N THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-22147-GLT |
| | ) **Chapter** 11 |
| Ronald S. Jones, | ) **Related Document No.** 226,239,241,243 |
| | ) **Hearing Date:** 10/27/22 @ 11:00 a.m. |
| | ) **Objections Due:** 10/20/22 |
| **Debtor.** | ) **Document No.** |

## NOTICE OF CLEAN VERSION OF SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED JUNE 30, 2022

On September 8, 2022, the Debtor filed a Redlined Amended Chapter 11 Plan of Reorganization dated June 30, 2022 (Doc. #239), that incorporated changes identified in the Court Markup Dated 08-25-22 (Doc. #236). Pursuant to the Order approving the Debtor's Second Amended Disclosure Statement (Doc. #226), the changes were approved. A Clean version of the Debtor's Second Amended Chapter 11 Plan of Reorganization dated June 30, 2022, was filed on September 16, 2022 (Doc. #243). The Clean version incorporates all changes from the Redlined and Court Markup. No additional changes were made.

**Dated:** September 16, 2022

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**