IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  17-22147-GLT |
| | : | Chapter:   11 |
| Ronald S. Jones | : | |
| | : | |
| | : | Date:  10/27/2022 |
| *Debtor(s).* | : | Time:  11:00 |

## PROCEEDING MEMO

**MATTER:**   #239 - Confirmation Hearing of Plan Dated 6/30/22
  [Objections due 10/20/22]
  [Ballot Summary due 10/24/22]
  [Solicitation package to be sent
   to each creditor or party in interest
   by 9/16/2022]
  #247 - Objection filed by Freedom Mortgage Corporation
  #248 - Objection filed by the IRS
  #249 - Summary of Balloting
  #250 - Monthly Operating Report for August, 2022
  #251 - Monthly Operating Report for September, 2022

**APPEARANCES:**
  Debtor:  Donald R. Calaiaro [Ronald Jones]
  U.S. Trusee:  Jodi Hause
  IRS:  Jill Locnikar
  Creditor, Patak:  Samuel Grego

**NOTES:** [11:43]

Calaiaro: Several thousand dollars delta between Jones and Freedom. Debtor maintains he is not in any arrears. As far as IRS objection, is going to submit a stipulation.

Court: Projection of administrative claim?

Locnikar: Received copy of the 2021 return today. Did not talk to Calaiaro yet about a stipulation for this case specifically. Had not received the return until today, takes longer to process an amended return. Not opposed to stipulation.

Calaiaro: Thinks plan can be confirmed after the IRS issue is resolved. Plan is feasible and confirmable.

Court: Plan is approved subject to caveats.  The rest of the plan satisfies 1129(a) and the bankruptcy code and is proposed in good faith. The monthly operating reports of income suggest feasibility, and at least 1 impaired class has voted to approve. Plan under 1129(b) does not discriminate, and is fair and equitable to both secured and unsecured creditors.

**OUTCOME:**

1) Confirmation hearing concluded. For the reasons stated on the record, the Plan Dated 6/30/22 [Dkt. No. 239] is APPROVED subject to the following requirements:
     (a) On or before November 10, 2022, Debtor shall submit a revised proposed confirmation order which resolves Freedom Mortgage's objection; and
     (b) On or before November 10, 2022, Debtor and IRS shall submit a stipulation under certificate of counsel resolving the IRS's objection.
[Text Order].

**DATED:** 10/27/2022