Case 17-22147-GLT    Doc 256    Filed 11/16/22    Entered 11/17/22 00:54:00    Desc
Imaged Certificate of Notice    Page 1 of 3
11/14/22 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 17-22147-GLT |
| Ronald S. Jones, | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Ronald S. Jones, | ) |
| **Movant,** | ) |
| **v.** | ) |
| No Respondent. | ) Related to Docket No. 254 |

**ORDER OF COURT**

**AND NOW**, on this 14th Day of November ___, 2022, upon consideration of the Debtor's Motion, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion is **GRANTED**. The deadline to comply with the Text Order dated October 28, 2022, is hereby extended by seven (7) days.

On or before November 17, 2022, Debtor shall submit a revised proposed confirmation order which resolves Freedom Mortgage's objection.

On or before November 17, 2022, Debtor and IRS shall submit a stipulation under certificate of counsel resolving the IRS's objection.

By the Court,

_____
**Honorable Gregory L. Taddonio**
**United States Bankruptcy Court**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22147-GLT |
| Ronald S. Jones | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ronald S. Jones, 3307 Waterford Drive, Pittsburgh, PA 15238-1151 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Ronald S. Jones apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Aurelius P. Robleto | on behalf of Attorney Robleto Law PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bnicholas@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Defendant Ronald S. Jones dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Donald R. Calaiaro | |

Case 17-22147-GLT  Doc 256  Filed 11/16/22  Entered 11/17/22 00:34:00  Desc
Imaged Certificate of Notice   Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Debtor Ronald S. Jones dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Donald R. Calaiaro | |
| | on behalf of Defendant Grace M. Betancourt-Jones dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Glenn R. Bartifay | |
| | on behalf of Defendant Ronald S. Jones gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jill Locnikar | |
| | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jodi Hause | |
| | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Judith K. Fitzgerald | |
| | on behalf of Mediator Judith K. Fitzgerald jfitzgerald@tuckerlaw.com judge_judith_fitzgerald@yahoo.com,jrusnack@tuckerlaw.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | |
| | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert Shearer | |
| | on behalf of Trustee Robert Shearer information@robertshearer.com g33605@notify.cincompass.com |
| Robert Shearer | |
| | on behalf of Plaintiff Robert Shearer information@robertshearer.com g33605@notify.cincompass.com |
| Robert P. Wendt | |
| | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Samuel R. Grego | |
| | on behalf of Plaintiff Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com |
| Samuel R. Grego | |
| | on behalf of Creditor Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com |
| Samuel R. Grego | |
| | on behalf of Plaintiff Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com |
| Samuel R. Grego | |
| | on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com rmccartney@dmclaw.com |
| Samuel R. Grego | |
| | on behalf of Trustee Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com |
| Thomas Song | |
| | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 22