FILED
11/18/22 4:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:   Ronald S. Jones

Bankruptcy Case No.: 17-22147
Chapter: 11
Hearing Date: October 27, 2022

## POSTCONFIRMATION ORDER AND NOTICE OF DEADLINES

  **AND NOW,** this 18th Day of November 2022, all creditors, equity security holders, interest holders and all other parties in interest are hereby notified that the Debtor's Chapter 11 Second Amended Plan of Reorganization dated June 30, 2022 [Dkt. No. 243] has been confirmed by Order of the Court dated November 18, 2022 and that to the extent provided in 11 U.S.C. § 1141, discharges the Debtor, binds the Debtor and other entities, vests property of the estate in the Debtor free and clear of claims and interests of creditors and other entities, and voids any judgment and operates as an injunction with respect to any debt discharged to the extent provided in 11 U.S.C. § 1141 and § 524.  The plan constitutes a new agreement between the Debtor and each creditor which is binding and shall be enforceable as any other contract in the courts of the states or United States.  This *Order* is entered to provide a timetable for final actions in this case.

  **IT IS THEREFORE ORDERED:**

1.  **Administrative Expenses and Professional Fees.**  All applications for award of compensation or expenses to a trustee, examiner, attorney or other professional person and all other motions for allowance of administrative expenses shall be filed and served within ninety (90) days after the date of this *Order*, together with a certificate of service.

2.  **Reports.**  Within forty-five (45) days after the date of this *Order* and pursuant to 11 U.S.C. § 1106(a)(7), the Reorganized Debtor or person(s) designated in the plan shall file a status report detailing the actions taken by the Reorganized Debtor and the progress made toward consummation of the plan.  Said reports shall be filed every January 15th and every July 15th thereafter until a Final Decree has been entered.

3.  **Other Proceedings.**  Any other adversary proceeding, contested matter, motion, or application shall be filed within forty-five (45) days after the date of this *Order*.

4.  **Clerk's Charges and Report Information.**  Within fourteen (14) days of the date of this *Order*, the Debtor shall submit a written request to the Clerk of Court to obtain the sum representing any notice and excess claim charges.  Said amount shall be paid in full within forty-five (45) days of the date of this *Order*.

5.  **United States Trustee Fees.**  Payment of all fees due to the United States Trustee must be provided for pursuant to 11 U.S.C. § 1129(a)(12).

1

6.  **Final Report and Decree.**  Within ninety (90) days of consummation of the plan, the Reorganized Debtor or person designated in the plan, shall file a *Report and an Application for a Final Decree* in accordance with 11 U.S.C. § 1106(a)(7).  The Report shall include a narrative of the activities taken toward compliance with the plan **and** the information contained in the Report for Bankruptcy Judges in cases to be closed, attached hereto as Exhibit A.  For purposes of this paragraph, "consummation" means the distribution of any deposit required by the plan.  If no deposit was required, "consummation" means the payment of the first distribution required by the plan.  **If a *Report and an Application for a Final Decree* are not timely filed, the Court will schedule a Rule to Show Cause hearing.  A representative of the plan proponent and counsel shall appear at the hearing.**

7.  **Extensions of Time.**  Any time period established in this *Order* may be extended by the Court for cause after notice and hearing, but only upon motion filed **prior** to the deadline established under the relevant paragraph of this *Order*.  Nothing in this *Order* shall preclude any proceeding in another Court with jurisdiction within time limits which might otherwise be applicable.

8.  **Notice.**  The Debtor's attorney shall mail a copy of the Order Confirming the Plan and this *Post-Confirmation Order* (Exhibit A need not be attached) as notice thereof to all creditors, equity security holders, all other parties in interest, the Debtor, Debtor's attorney, the trustee, if any, counsel for all committees, if any, all professionals who may have administrative claims against the estate of the Debtor and the United States Trustee, and file a certificate of service within fourteen (14) days of the date of this *Order*.

9.  **Continuation Statements.**  Judgment holders should revive their liens and secured creditors should file continuation statements, if appropriate, within sixty (60) days of the date of this *Order* for purposes of 13 Pa. C.S.A. § 9515 or other applicable state law.

Dated:  November 18, 2022

GREGORY L. TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Case Administrator to mail to:
Ronald S. Jones
Donald S. Calaiaro, Esq.

2

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. |
| | : | |
| Debtor(s) | : | |
| | : | Chapter 11 |
| | : | |
| Movant(s) | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| | : | |
| Respondent(s) | : | |

**REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED**

**CHAPTER 11 CASES**

_____Plan Confirmed                   _____Plan Not Confirmed

If plan was confirmed and the case is still in Chapter 11, what percentage dividend was (or is) to be paid under the plan to the general unsecured class of creditors?  _____%

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief and that all estimated payments have been designated appropriately as such.

_____  _____   _____
DATE            PREPARER                  SIGNATURE

**PAWB Local Form 14  (07/13)**

3

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 17-22147-GLT

Ronald S. Jones                                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                              Page 1 of 2

Date Rcvd: Nov 18, 2022                    Form ID: pdf900                      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

**Recip ID**                **Recipient Name and Address**
db                    + Ronald S. Jones, 3307 Waterford Drive, Pittsburgh, PA 15238-1151

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:**

**Name**                     **Email Address**

Andrew Kevin Pratt

              on behalf of Debtor Ronald S. Jones apratt@c-vlaw.com
              kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com

Aurelius P. Robleto

              on behalf of Attorney Robleto Law  PLLC apr@robletolaw.com,
              rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas

              on behalf of Creditor Toyota Motor Credit Corporation  as servicer for Toyota Lease Trust bnicholas@kmllawgroup.com

Donald R. Calaiaro

              on behalf of Defendant Ronald S. Jones dcalaiaro@c-vlaw.com
              kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Donald R. Calaiaro

|  |  |
|---|---|
|  | on behalf of Debtor Ronald S. Jones dcalaiaro@c-vlaw.com<br>kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Donald R. Calaiaro | on behalf of Defendant Grace M. Betancourt-Jones dcalaiaro@c-vlaw.com<br>kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com |
| Glenn R. Bartifay | on behalf of Defendant Ronald S. Jones gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Jodi Hause | on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov<br>David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV |
| Judith K. Fitzgerald | on behalf of Mediator Judith K. Fitzgerald jfitzgerald@tuckerlaw.com<br>judge_judith_fitzgerald@yahoo.com,jrusnack@tuckerlaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com<br>ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert Shearer | on behalf of Trustee Robert Shearer information@robertshearer.com  g33605@notify.cincompass.com |
| Robert Shearer | on behalf of Plaintiff Robert Shearer information@robertshearer.com  g33605@notify.cincompass.com |
| Robert P. Wendt | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Samuel R. Grego | on behalf of Plaintiff Robert Shearer gregos@dmclaw.com  rmccartney@dmclaw.com |
| Samuel R. Grego | on behalf of Creditor Terri Patak gregos@dmclaw.com  rmccartney@dmclaw.com |
| Samuel R. Grego | on behalf of Plaintiff Terri Patak gregos@dmclaw.com  rmccartney@dmclaw.com |
| Samuel R. Grego | on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com  rmccartney@dmclaw.com |
| Samuel R. Grego | on behalf of Trustee Robert Shearer gregos@dmclaw.com  rmccartney@dmclaw.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 22