# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>RONALD S. JONES<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br><br>vs.<br><br>RONALD S. JONES ,<br>    Debtor | Case No. 17-22147-GLT<br>Chapter 11<br><br>Hearing Date: 3/2/2023<br><br>Hearing Time: 10:30 AM |

## CERTIFICATE OF SERVICE OF MOTION TO CONTINUE

I certify under penalty of perjury that on this day, I served or caused to be served the Motion to Continue on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice:</u>

Donald R. Calaiaro, Esq.                        *Chapter 11 Trustee*
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222
*Counsel for Debtor*


Office of the United States Trustee
Liberty Center.
1001Â Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*US Trustee*

<u>Via First Class Mail</u>:

RONALD S. JONES  *Chapter 11 Trustee*
3307 WATERFORD DRIVE
PITTSBURGH, PA 15238
*Debtor*

  If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>March 1, 2023</u>

                <u>*/s/Mario Hanyon*</u>
                Andrew Spivack, PA Bar No. 84439
                Matt Fissel, PA Bar No. 314567
                Mario Hanyon, PA Bar No. 203993
                Ryan Starks, PA Bar No. 330002
                Jay Jones, PA Bar No. 86657
                Attorney for Creditor
                BROCK & SCOTT, PLLC
                8757 Red Oak Boulevard, Suite 150
                Charlotte, NC 28217
                Telephone: (844) 856-6646
                Facsimile: (704) 369-0760
                E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>RONALD S. JONES<br><br>RONALD S. JONES,<br>    Movant<br><br><br><br>vs.<br><br>Freedom Mortgage Corporation,<br>    Respondent | Case No. 17-22147-GLT<br>Chapter 11<br><br>Hearing Date: 3/2/2023<br><br>Hearing Time: 10:30 AM |

## MOTION TO CONTINUE

AND NOW COMES, Freedom Mortgage Corporation (the "Movant"), by its attorneys, Brock and Scott PLLC, and files this Motion To Continue hearing on Debtor's Objection to Claim scheduled for 3/2/2023, representing as follows:

1. Debtor filed an Objection to Claim of Freedom Mortgage Company on January 4, 2023. (Document No. 269)

2. Respondent filed a Response on February 6, 2023. (Document No. 271)

3. The parties have been communicating and expect to settle the Objection. .

4. The parties request a continuance of two weeks as additional time is needed for both parties to review Freedom's updated pre and post-petition histories.

5. Debtor's counsel has concurred to this Motion.

**WHEREFORE**, Movant respectfully requests that this Honorable Court:

1. Continue the hearing scheduled for 3/2/2023 for two weeks.

Date: March 1, 2023

                                                              */s/Mario Hanyon*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com