Case 17-22147-GLT    Doc 280    Filed 03/16/23    Entered 03/16/23 16:20:35    Desc Main
Document    Page 1 of 1

FILED
3/16/23 3:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-22147-GLT |
| | : | Chapter: | 11 |
| Ronald S. Jones | : | | |
| | : | | |
| | : | Date: | 3/16/2023 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

***MATTER:***  #269 - Objection to Claim No. 16 of Freedom Mortgage Company
            #271 - Response filed by Freedom Mortgage Co.

***APPEARANCES***:
    Debtor:       Andrew Pratt
    Freedom:      Mario Hanyon
    Terri Patak:  Samuel Grego

***NOTES:***   [10:33]

Pratt: The parties are working towards a resolution. Amended proof of claim showed arrears of $6,000. Arrears total now is $3,666.31 - represents around one missed payment, plus fees and costs, less a suspense credit. Currently a positive escrow balance. Provided Attorney Hanyon with proofs of payment, there is possibly one still outstanding.

Hanyon: Agrees with Pratt, expects to get a stipulation filed soon.

Court: Will continue. Expects a resolution by then.

***OUTCOME:***

1) For the reasons stated on the record, the *Objection to Claim of Freedom Mortgage* [Dkt. No. 269] is continued to March 30, 2023 at 10 a.m. [Text order].

***DATED:***  3/16/2023