Case 17-22147-GLT    Doc 284    Filed 04/14/23    Entered 04/14/23 09:16:14    Desc Main
Document    Page 1 of 1

FILED
4/14/23 8:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-22147-GLT |
| | : | Chapter: | 11 |
| Ronald S. Jones | : | | |
| | : | | |
| | : | Date: | 4/13/2023 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   #269 - Continued Objection to Claim no. 16 of Freedom Mortgage Company
              #271 - Response filed by Freedom Mortgage Company

***APPEARANCES***:
  Debtor:   Donald R. Calaiaro
  Freedom:  Mario Hanyon

**NOTES:**   [10:32]

Calaiaro: Only remaining dispute is the amount of fees. Other matters have been resolved. Have made a settlement offer for Freedom Mortgage to review. Would like two more weeks.

**OUTCOME:**

1) For the reasons stated on the record, the *Objection to Claim No. 16 of Freedom Mortgage Company* [Dkt. No. 269] is continued to May 1, 2023 at 10 a.m. On or before April 27, 2023, the parties shall jointly submit a settlement stipulation under certification of counsel, or alternatively a status report detailing any outstanding dispute. [Text order].

**DATED:** 4/13/2023