**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-22147-GLT |
| Ronald S. Jones, | ) |
|     **Debtor,** | ) **Chapter** 11 |
| Ronald S. Jones, | ) |
|     **Movant,** | ) **Related Document No.** 269, 271 |
|     vs. | ) **Hearing Date:** 05/01/23 @ 10:00 a.m. |
| Freedom Mortgage Corporation, | ) |
|     **Respondent.** | ) **Document No.** |

## JOINT STATUS REPORT

**AND NOW** come Ronald S. Jones and Freedom Mortgage Company, jointly and through their respective counsel, and presents the following Status Report related to the pending Objection to Claim:

1. Ronald S. Jones (the "Debtor") filed an Objection to the Claim of Freedom Mortgage Company (the "Objection") on January 4, 2023. Doc. No. 269.

2. Freedom Mortgage Company filed its Response (the "Response") on February 6, 2023. Doc. No. 271.

3. The Parties came to an agreement in principle on the amount of arrears.

4. However, when finalizing agreement, Freedom indicated that the escrow needed to be cured.

5. This remains an issue because previous correspondence indicated that there was a possibility of a positive escrow balance. It also materially changes the overall payment terms that the Debtor proposed.

6. The Debtor requested an escrow history to confirm whether there is a positive escrow balance on the Debtor's account.

7. This request is outstanding.

It is so reported.

| | |
|---|---|
| BY: /s/ Andrew Kevin Pratt | /s/ Mario Hanyon |
| Andrew Kevin Pratt, PA Bar No. 328784 | Mario Hanyon, PA Bar No. 203993 |
| CALAIARO VALENCIK | BROCK & SCOTT PLLC |
| 938 Penn Avenue, Suite 501 | 8757 Red Oak Boulevard, Suite 150 |
| Pittsburgh, PA 15222 | Charlotte, NC 28217 |
| (412) 232-0930 | (844) 856-6646 |
| apratt@c-vlaw.com | PABKR@brockandscott.com |
| *Counsel for Ronald S. Jones* | *Counsel for Freedom Mortgage Company* |