Case 17-22147-GLT    Doc 287    Filed 05/02/23    Entered 05/02/23 12:04:15    Desc Main
Document    Page 1 of 1
FILED
5/2/23 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-22147-GLT |
| | : | Chapter: | 11 |
| Ronald S. Jones | : | | |
| | : | | |
| | : | Date: | 5/1/2023 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #269 - Continued Objection to Claim No. 16 of Freedom Mortgage Company
   #271 - Response filed by Freedom Mortgage Co
   #285 - Joint Status Report

[Stipulation under COC or Status Report due 4/27/2023]

**APPEARANCES:**
   Debtor:   Donald R. Calaiaro
   Freedom:   Mario Hanyon

**NOTES:**   [10:17]

Court: Had expected this to be resolved at this point. Why is it not?

Hanyon: Argument now is over escrow shortage number. Parties had resolved all other matters, escrow shortage overlooked unintentionally. Now working together to resolve escrow shortage.

Calaiaro: Can resolve it in two weeks.

**OUTCOME:**

1) For the reasons stated on the record, the *Objection to Claim of Freedom Mortgage Corporation* [Dkt. No. 269] is continued to May 18, 2023 at 11:30 a.m. [Text order].

**DATED:** 5/1/2023