IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

FILED
5/17/23 4:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>RONALD S. JONES<br>Debtor<br><br>RONALD S. JONES,<br>Movant<br><br>vs.<br>Freedom Mortgage Corporation,<br>Respondent | Case No. 17-22147-GLT<br><br>Chapter 11<br><br>Related Dkt. Nos. 269 and 289 |

### STIPULATION IN SETTLEMENT OF DEBTOR'S OBJECTION TO CLAIM OF FREEDOM MORTGAGE CORPORATION

It is hereby stipulated by and between Brock & Scott, PLLC, counsel for the Respondent, Freedom Mortgage Corporation, and Donald R. Calaiaro, Esquire and Andrew Kevin Pratt, Esquire, counsel for the Debtor, as follows:

**WHEREAS**, Movant is Ronald S. Jones, the Debtor in the above-captioned bankruptcy case; and

**WHEREAS**, Respondent is a secured creditor and holds a mortgage lien against Debtor's primary residence;

**WHEREAS,** Respondent filed a proof of claim on May 16, 2022 and an amended proof of claim on June 28, 2022, Claim No. 16;

**WHEREAS,** On January 4, 2023, Movant filed an Objection to the Claim; and

**WHEREAS,** A Response to the Objection was filed on February 6, 2023.

**NOW THEREFORE**, the Parties stipulate and agree as follows:

1. Debtor has cured the principal and interest payments as stated in the proof of claim.

2. The loan is currently due for the April 1, 2023 payment in the amount of $2,503.85.

3. Respondent agrees to waive $1,498.93 of fees and costs consisting of:

   a. Property Inspections: $150.00
   b. 05/02/22 – Obj to Plan fee – remaining balance of $48.93
   c. 05/16/22 – POC Fee - $550.00
   d. 07/31/22 – Obj to Plan  - $500.00
   e. 02/28/23 – Obj to Plan - $250.00

4. The Parties agree that the total amount currently due is $4,455.09, comprised of the April 2023 monthly payment of $2,503.85, escrow shortage of $2,104.31 (as stated in the proof of claim), less Debtor's suspense in the amount of $153.07.

5. The Parties further agree that Debtor will cure the amount of $4,455.09 by making twenty-four (24) consecutive payments, as follows:  twenty-three (23) payments due June 1, 2023 to April 1, 2025 in the amount of $185.63, and one (1) payment due May 1, 2025 in the amount of $185.60.

6. Debtor may pay off the arrears at any time before the conclusion of the 24 months without penalty.

7. Debtor agrees that in addition to the cure payments stated above, Debtor is still responsible for ongoing regular monthly mortgage payments beginning with the May 1, 2023 payment.

8. Movant's tendering of a check to Freedom Mortgage Corporation, which is subsequently returned due to insufficient funds in the account upon which the check is drawn, shall not constitute payment as the term is used in this Stipulation.

9. The parties agree that a facsimile signature shall be considered an original signature.

CONSENTED TO BY:

Dated: 5/17/2023                                                            /s/ Andrew Pratt
                                                                                         Andrew Pratt, Esquire
                                                                                         Counsel for Debtor

Dated: 5/17/2023                                                            /s/ Mario Hanyon
                                                                                         Mario J. Hanyon, Esquire
                                                                                         Counsel for Respondent

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>RONALD S. JONES<br>　　Debtor | Case No. 17-22147-GLT<br><br>Chapter 11 |
| RONALD S. JONES,<br>　　Movant | Hearing Date: May 1, 2023<br><br>Hearing Time: 10:30AM<br><br>Objection Date: February 6, 2023 |
| vs.<br>Freedom Mortgage Corporation,<br>　　Respondent | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this  17th  day of  May , 2023, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

Dated: 5/17/23

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Gregory L. Taddonio    hct
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-22147-GLT |
| Ronald S. Jones | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 18, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

**Recip ID        Recipient Name and Address**
db              + Ronald S. Jones, 3307 Waterford Drive, Pittsburgh, PA 15238-1151

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:**

**Name**            **Email Address**

Andrew Kevin Pratt
    on behalf of Debtor Ronald S. Jones apratt@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com

Aurelius P. Robleto
    on behalf of Attorney Robleto Law  PLLC apr@robletolaw.com,
    rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Brian Nicholas
    on behalf of Creditor Toyota Motor Credit Corporation  as servicer for Toyota Lease Trust bnicholas@kmllawgroup.com

Donald R. Calaiaro
    on behalf of Defendant Ronald S. Jones dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Ronald S. Jones dcalaiaro@c-vlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 18, 2023 | Form ID: pdf900 | Total Noticed: 1 |

    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Donald R. Calaiaro
    on behalf of Defendant Grace M. Betancourt-Jones dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Glenn R. Bartifay
    on behalf of Defendant Ronald S. Jones gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Judith K. Fitzgerald
    on behalf of Mediator Judith K. Fitzgerald jfitzgerald@tuckerlaw.com
    judge_judith_fitzgerald@yahoo.com,jrusnack@tuckerlaw.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert Shearer
    on behalf of Trustee Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

Robert Shearer
    on behalf of Plaintiff Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

Robert P. Wendt
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Samuel R. Grego
    on behalf of Plaintiff Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Creditor Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Plaintiff Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Trustee Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 22