FILED
7/20/23 4:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-22147-GLT |
| | : | Chapter: 11 |
| Ronald S. Jones | : | |
| | : | |
| | : | Date: 7/20/2023 |
| Debtor(s). | : | Time: 01:00 |

## PROCEEDING MEMO

**MATTER:**  #292 - Motion for Final Decree
 #298 Amended Objection by Terri Patak
 #296 Response by Trustee, Shearer

**APPEARANCES:**
 Debtor: Donald R. Calaiaro
 Trustee: Robert Shearer (former chapter 7 trustee)
 Terri Patak: Sam Grego

**NOTES:** [1:21]

Calaiaro: Payments are current. Problem is just with Attorney Shearer who objects to payment over 5 years. Asking for some time.

Grego: Received copy of mortgage, just need a week to review confirm details and then would be ready to execute. Payments to client are current.

Shearer: Received no payments until he reached out to let Attorney Calaiaro know that he wasn't getting payments. Has now received three payments of $100. Does not feel comfortable spreading out payments over 5 years.

Calaiaro: Unsecured payments are current. Believe that $750 paid to date.

Court: Thought there was sufficient funds on hand to pay administrative fees when plan was confirmed? Would have been part of feasibility analysis. Payments made to Shearer at this point, and continuing until this is resolved shall not be interpreted as a modification to amount owed.

**OUTCOME:**

1) For the reasons stated on the record, the *Debtor's Motion for Final Decree* [Dkt. No. 292] is continued to September 15, 2023 at 10 a.m. On or before September 7, 2023, the Reorganized Debtor shall file a status report. [Text order].

**DATED:** 7/20/2023