### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 17-22147-GLT |
| Ronald S. Jones, | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Ronald S. Jones, | ) **Hearing Date:** September 15, 2023 at 10:00 a.m. |
| **Movant,** | ) **Related to Document Nos.** 292, 296, 298, |
| v. | ) 300, 301 |
| Robert Shearer, and Terri Patak, | ) |
| **Respondents.** | ) **Document No.** |

## STATUS REPORT

**AND NOW,** comes the Reorganized Debtor, Ronald S. Jones, by and through his counsel of record, Calaiaro Valencik and Donald R. Calaiaro, and presents the following Status Report related to the pending Motion for Final Decree:

1.   On June 19, 2023, the Reorganized Debtor filed a Motion for Final Decree, requesting the administrative closure of his Chapter 11 bankruptcy case. See Doc. No. 292.

2.   Robert Shearer, in his capacity as former Chapter 7 Trustee, and Terri Patak both filed Responses and Objections to the Motion for Final Decree. See Doc. Nos. 296, 298.

3.   An initial hearing on the Motion for Final Decree was held on July 20, 2023.

4.   After the hearing, the Court entered a text order requiring the Reorganized Debtor to file a Status Report.

5.   The Reorganized Debtor can report to the Court that Robert Shearer has been paid. This resolves his Response to the Motion.

6.   Counsel for the Reorganized Debtor drafted a proposed mortgage for Terri Patak.

7. As of the filing of this Status Report, Counsel for the Reorganized Debtor has not received any comments, requested changes, or approval of the mortgage.

It is so reported.

|  |  |
|---|---|
| | **Respectfully submitted,** |
| **DATED:** September 7, 2023 | **CALAIARO VALENCIK** |
| | **BY:** /s/ Donald R. Calaiaro<br>**Donald R. Calaiaro, Esquire**<br>**PA I.D. No. 27538** |
| | 938 Penn Avenue, Suite 501<br>Pittsburgh, PA 15222-3708<br>Telephone:  (412) 232-0930<br>Facsimile:  (412) 232-3858<br>Email:        dcalaiaro@c-vlaw.com |