UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re } | | Bankruptcy No. 17-22147-GLT |
| RONALD S. JONES, } | | Chapter 7 |
| Debtor } | | Related to Docket No. 292 |
| RONALD S. JONES, } | | Hearing: 9/15/23 @ 10:00 a.m. |
| Movant ) | | |
| v. } | | |
| NO RESPONDENT } | | |

<u>WITHDRAWAL OF RESPONSE TO DEBTOR'S MOTION FOR FINAL DECREE</u>

AND NOW, comes Robert Shearer, Creditor, and files the within Withdrawal of Response to Debtor's Motion for Final Decree and respectfully represents as follows:

1. On or about June 19, 2023, the Debtor filed a Motion for Final Decree at Docket No. 292.

2. On or about July 6, 2023, the undersigned filed a Response in opposition to Debtor's Motion for Final Decree at Docket No. 296 on the grounds that he had not been paid pursuant to the terms of the Debtor's confirmed plan.

3. After the hearing held on July 20, 2023, this Honorable Court entered a Text Order at Docket No. 301 continuing the above-referenced hearing on the Debtor's Motion for Final Decree to September 15, 2023, at 10:00 a.m.

4. The undersigned wishes to report to this Honorable Court that he has received from the Debtor full and final payment of his claim.

5. In light of the foregoing facts, the undersigned believes the withdrawal of his Response to Debtor's Motion for Final Decree would be appropriate and best serve the interest of

judicial economy.

      WHEREFORE, Robert Shearer, Chapter 7 Trustee, respectfully moves this Honorable Court to grant his request to withdraw his Response to Debtor's Motion for Final Decree and excuse him from attendance at the hearing scheduled for September 15, 2023.

      Respectfully submitted,

Dated: September 11, 2023

*/s/Robert Shearer*
Robert Shearer
Creditor
PA Bar #83745
P.O. Box 44
Manchester, PA  17345
(814) 504-2613
information@robertshearer.com