FILED
9/15/23 2:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 17-22147-GLT |
| | : | Chapter: 11 |
| Ronald S. Jones | : | |
| | : | |
| | : | Date: 9/15/2023 |
| *Debtor(s).* | : | Time: 10:00 |

## PROCEEDING MEMO

**MATTER:**   #292 - Continued Hearing on Motion for Final Decree
  #298 Amended Objection by Terri Patak
  #296 Response by Trustee, Shearer
  #302 Status Report by Debtor
  #303 Withdrawal of Response by Trustee
  [Status Report due 9/15/2023]

**APPEARANCES:**
  Debtor:    Donald R. Calaiaro
  Patak:    Samuel Grego

**NOTES:**   [10:05]

Calaiaro: Been able to resolve with Attorney Grego, just need to complete execution. Current on all payments. $2,000 of the $3,000 distribution has been paid to general unsecured creditors.

Grego: No issue with entry of final decree.

**OUTCOME:**

1) For reasons stated on the record, the *Debtor's Motion for Final Decree* [Dkt. No. 292] is GRANTED. [DB to enter proposed order at dkt. no. 292].

**DATED:**  9/15/2023