FILED
9/15/23 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 17-22147-GLT |
| Ronald S. Jones, | ) |
| **Debtor,** | ) **Chapter** 11 |
| Ronald S. Jones, | ) |
| **Movant,** | ) **Hearing Date:** 07/20/23 @ 1:30 p.m. |
| **vs.** | ) **Response Due:** 07/06/23 |
| No Respondent. | ) Related to Docket No. 292 |

### ORDER OF COURT

**AND NOW,** to-wit, this  15th Day of September  , 2023, on motion of the Debtor and finding that the provisions of 11 U.S.C. §1101(2) have been met, a Final Decree is hereby entered in the above-captioned case in accordance with Bankruptcy Rule 3022.

The Bankruptcy Clerk shall close the case in accordance with the Bankruptcy Rules.

**By the Court,**

_____
**Honorable Gregory L. Taddonio
Chief United States Bankruptcy Judge**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Ronald S. Jones  
    Debtor

Case No. 17-22147-GLT  
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Sep 15, 2023 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald S. Jones, 3307 Waterford Drive, Pittsburgh, PA 15238-1151 |
| aty | + | Glenn R Bartifay, 2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066-5338 |
| aty | + | Robleto Law, PLLC, Three Gateway Center, 401 Liberty Avenue, Suite 1306, Pittsburgh, PA 15222-1004 |
| md | + | Judith K. Fitzgerald, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| cr | + | Robert Shearer, Robert Shearer, P.C., P.O. Box 44, Manchester, PA 17345-0044 |
| sp | + | Samuel R. Grego, Dickie, McCamey & Chilcote, P.C., Suite 400, 2 PPG Place, Pittsburgh, PA 15222-5491 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14631609 | + | Citizens Bank Home Equity, P.O. Box 7000, Providence, RI 02940-7000 |
| 14631612 | + | Pacific Union Financial, 8900 Freeport Parkway, Suite 150, Irving, TX 75063-2415 |
| 15454644 | + | Robleto Kuruce, PLLC, 6101 Penn Avenue, Suite 201, Pittsburgh, PA 15206-3956 |
| 14631615 | + | Terri Imbarlina Patak, 744 Country Club Drive, Pittsburgh, PA 15228-2604 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14631606 | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2023 23:30:39 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14720983 | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2023 23:30:37 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14631607 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2023 23:41:15 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14684068 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 15 2023 23:30:59 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14631608 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 15 2023 23:18:00 | Citizens Bank Card Services, PO Box 42010, Providence, RI 02940-2010 |
| 15481855 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 15 2023 23:18:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14631610 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2023 23:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15449666 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2023 23:30:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14631611 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2023 23:18:00 | PA Department of Revenue, Department 280946, Harrisburg, PA 17128-0946 |
| 14631613 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2023 23:18:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14721078 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2023 23:18:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14723119 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2023 23:31:00 | Portfolio Recovery Associates, LLC, POB 12914, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 15, 2023 | Form ID: pdf900 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14632244 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 15 2023 23:31:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15479299 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2023 23:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14719681 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 15 2023 23:30:33 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14631614 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 15 2023 23:30:41 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 15081829 | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2023 23:31:03 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14701797 | | Email/PDF: ebn_ais@aisinfo.com | Sep 15 2023 23:30:39 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Freedom Mortgage Corporation |
| cr | | Terri Patak |
| cr | | Toyota Motor Credit Corporation, as servicer for T |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15493815 | *+ | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Sep 17, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Kevin Pratt | on behalf of Debtor Ronald S. Jones apratt@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;akpratt.ecf@outlook.com |
| Aurelius P. Robleto | on behalf of Attorney Robleto Law PLLC apr@robletolaw.com, rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation as servicer for Toyota Lease Trust bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Sep 15, 2023 | Form ID: pdf900 | Total Noticed: 29 |

Donald R. Calaiaro
    on behalf of Defendant Grace M. Betancourt-Jones dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Donald R. Calaiaro
    on behalf of Defendant Ronald S. Jones dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Donald R. Calaiaro
    on behalf of Debtor Ronald S. Jones dcalaiaro@c-vlaw.com
    kmosur@c-vlaw.com;ssimmons@c-vlaw.com;jadam@c-vlaw.com;apratt@c-vlaw.com;mpeduto@c-vlaw.com;mlocke@c-vlaw.com;eballa@c-vlaw.com

Glenn R. Bartifay
    on behalf of Defendant Ronald S. Jones gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov,
    patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Jodi Hause
    on behalf of U.S. Trustee Office of the United States Trustee jodi.hause@usdoj.gov
    David.A.Berry@usdoj.GOV;Steven.W.Albright@usdoj.GOV

Judith K. Fitzgerald
    on behalf of Mediator Judith K. Fitzgerald jfitzgerald@tuckerlaw.com
    judge_judith_fitzgerald@yahoo.com,jrusnack@tuckerlaw.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Robert Shearer
    on behalf of Trustee Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

Robert Shearer
    on behalf of Creditor Robert Shearer information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com

Robert Shearer
    on behalf of Plaintiff Robert Shearer information@robertshearer.com g33605@notify.cincompass.com

Robert P. Wendt
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Samuel R. Grego
    on behalf of Plaintiff Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Spec. Counsel Samuel R. Grego gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Trustee Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Plaintiff Robert Shearer gregos@dmclaw.com rmccartney@dmclaw.com

Samuel R. Grego
    on behalf of Creditor Terri Patak gregos@dmclaw.com rmccartney@dmclaw.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 23